1  Timothy B. Yoo - State Bar No. 254332
      tyoo@birdmarella.com
2  Heejin H. Hwang - State Bar No. 349455
      hhwang@birdmarella.com
3  BIRD, MARELLA, RHOW,
   LINCENBERG, DROOKS & NESSIM, LLP
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

6  Attorneys for Applicants HYBE Co., Ltd.,
   PLEDIS Entertainment, and Han Zhen
7

8                 **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 |                                              | CASE NO. |
   | In re *Ex Parte* Application of HYBE Co., Ltd., PLEDIS Entertainment, and Han Zhen, <br><br> Applicants. | **DECLARATION OF SUNJIN LEE IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 FILED BY HYBE CO., LTD., PLEDIS ENTERTAINMENT, AND HAN ZHEN** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4089107.3
DECLARATION OF SUN JIN LEE ISO *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782

**DECLARATION OF SUN JIN LEE**

I, Sun Jin Lee, declare as follows:

1.     I am the Leader of Domestic Legal Affairs Team at HYBE Co., Ltd. ("HYBE"), one of the Applicants in this matter.  I am making this declaration in support of the *Ex Parte* Application for Order Authorizing Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 filed by HYBE, PLEDIS Entertainment ("PLEDIS"), and Han Zhen (collectively, "Applicants").  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.     HYBE is a multinational entertainment corporation established in February 2005 under the laws of the Republic of Korea ("South Korea").  It is publicly-traded on the Korea Stock Exchange.  HYBE's principal place of business is in Seoul, South Korea.

3.     PLEDIS is a subsidiary of HYBE; HYBE is the majority shareholder of PLEDIS.

4.     PLEDIS manages TWS, an all-male Korean-pop ("K-pop") group.  Mr. Zhen, also known as "Han Jin," is a member of TWS.

5.     HYBE and PLEDIS are engaged in the entertainment business with a focus on managing and training K-pop singers, as well as operating a record label, talent agency, music production company, event and concert management company, and music-publishing house. HYBE and PLEDIS thus have a significant interest in protecting their artists from cyberbullying.

6.     HYBE and PLEDIS use social media to cultivate audiences for the artists and performers they represent and use the resulting fan engagement and interest into sales, fandom energy and artist-related content.  Because of Applicants' extensive reliance on online engagement, defamatory statements against HYBE, PLEDIS, and the artists with whom they work on social media platforms damage Applicants and the artists.

7.     One of my responsibilities at HYBE is to deal with social media issues, including but not limited to false, defamatory, or harassing statements made about the company or its artists.

8.     On or around August 2025, I became aware that the users of the X account @plzleavme and YouTube account @25s-y2k had published a series of defamatory and harassing

1  statements about Mr. Zhen. Among other things, the user(s) of these two accounts published posts

2  and short-form videos that repeatedly made discriminatory statements about Mr. Zhen based on

3  his Chinese nationality, such as falsely accusing Mr. Zhen of "Sinocentrism" and referencing

4  "language issues," and comments that denigrated his character and intelligence.

5      9.      Upon and information and belief, the user of the @plzleavme X account posted

6  approximately 379 posts between May 2025 and September 8, 2025, all of which demean or

7  harass Mr. Zhen.

8      10.     On or around August 2025, I became aware that the user(s) of the X account

9  @unplu99edboyss had also published a series of defamatory and harassing statements about Mr.

10 Zhen, including: repeatedly using derogatory Korean terms such as "pae-geub" (which means

11 "trash-grade" or "useless") to describe Mr. Zhen and making discriminatory statements about Mr.

12 Zhen based on his Chinese nationality.

13     11.     Upon information and belief, the user of the @unplu99edboyss X account posted

14 approximately 1,957 posts between April 2025 and September 11, 2025, all of which ridicule or

15 harass Mr. Zhen.

16     12.     Given the nature of Applicants' businesses, these defamatory statements on X and

17 YouTube have damaged not only Mr. Zhen, but the business and reputation of HYBE and

18 PLEDIS. HYBE and PLEDIS have retained the law firm Shinwon LLC to initiate civil litigations

19 on behalf of Mr. Zhen in South Korea to recover damages from the publishers of these statements.

20 The lawsuits were filed on September 8, 2025, and September 16, 2025, respectively.

21     13.     Neither I nor, on information and belief, anyone else working on behalf of HYBE

22 or PLEDIS have been able to determine the identity or identities of the individuals responsible for

23 publishing defamatory content on the @plzleavme and @unplu99edboyss X accounts or the

24 @25s-y2k YouTube account (collectively, "Accounts").

25     14.     It is my understanding that, without information to identify the users of the

26 Accounts, Mr. Zhen will be unable to obtain relief in the Korean Lawsuits because he must name

27 the appropriate defendants to prosecute the Korean Lawsuits.

28

DECLARATION OF SUN JIN LEE ISO *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782

1    15.    Applicants do not intend to use any information obtained through this proceeding
2  for any purpose other than for use in the Korean Lawsuits.
3    16.    Applicants do not intend to use the information requested from X Corp. in any
4  criminal proceedings.
5    I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.
7    Executed October /4, 2025, in Seoul, South Korea.
8
9    _____
     Sun Jin Lee
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4089107.3                                    4

DECLARATION OF SUN JIN LEE ISO *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782