1    Timothy B. Yoo - State Bar No. 254332
       tyoo@birdmarella.com
2    Heejin H. Hwang - State Bar No. 349455
       hhwang@birdmarella.com
3    BIRD, MARELLA, RHOW,
   LINCENBERG, DROOKS & NESSIM, LLP
4    1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5    Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6

7    Attorneys for Applicants HYBE Co., Ltd.,
   PLEDIS Entertainment, and Han Zhen

8

9               **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12

| | |
|---|---|
| *In re Ex Parte* Application of HYBE Co., Ltd., PLEDIS Entertainment, and Han Zhen, | CASE NO. |
| | **DECLARATION OF JIN-WOOK KIM IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 FILED BY HYBE CO., LTD., PLEDIS ENTERTAINMENT, AND HAN ZHEN** |
| Applicants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JIN-WOOK KIM ISO *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782

**DECLARATION OF JIN-WOOK KIM**

I, Jin-Wook Kim, declare as follows:

1.     I am an attorney at Shinwon LLC, a law firm in Seoul, South Korea, and am licensed to practice law in South Korea.  I make this declaration in support of the *Ex Parte* Application for Order Authorizing Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 filed by Applicants HYBE Co., Ltd. ("HYBE"), PLEDIS Entertainment ("PLEDIS"), and Han Zhen (collectively, "Applicants").  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.     HYBE and PLEDIS have hired Shinwon LLC to represent Mr. Zhen, a member of the PLEDIS-managed Korean-pop ("K-pop") group TWS, in civil litigations in South Korea (the "Korean Lawsuits").  I am the lead attorney in those matters.

3.     On September 8, 2025, Mr. Zhen filed a lawsuit for defamation in the Seoul Western District Court in South Korea, Case No. 2025GASO25915, against an anonymous individual or individuals that use an account on the social media platform, X, under the username @plzleavme and an account on YouTube under the username @25s-y2k.  Attached as **Exhibit 1** is a true and correct copy of the filed civil complaint.

4.     Upon information and belief, the same individual or individuals operate the X account @plzleavme and the YouTube account @25s-y2k.  The X account remains active, whereas the @25s-y2k YouTube account appears to have been deleted.

5.     On September 16, 2025, Mr. Zhen filed a lawsuit for defamation in the Seoul Western District Court in South Korea, Case No. 2025GASO26121, against an anonymous individual or individuals that use an account on the social media platform, X, under the username @unplu99edboyss.  Attached as **Exhibit 2** is a true and correct copy of the filed civil complaint.

6.     Based on my 21 years of experience as an attorney licensed to practice law in South Korea, I believe that Applicants have a good faith basis to believe that the Korean Lawsuits set forth valid legal claims for defamation, among other civil torts cognizable under South Korean law.

1      7.     Despite reasonable efforts, I have been unable to determine the identities of the

2  individual or individuals operating the X accounts by the usernames @plzleavme and

3  @unplu99edboyss or the YouTube account by the username @25s-y2k (collectively, "Accounts").

4  If X Corp. ("X") or Google LLC ("Google") were subject to the jurisdiction of South Korean

5  courts, Applicants could obtain this information through regular discovery proceedings in South

6  Korea.  However, X is a Nevada corporation with its principal office located in Bastrop, Texas,

7  and Google is a Delaware corporation with its principal office located in Mountain View,

8  California.  South Korean courts thus do not have jurisdiction over X or Google, which is why I

9  cannot seek discovery from X or Google in the Korean Lawsuits.  Applicants must identify the

10  user of the Accounts in order to name the users as defendants in the Korean Lawsuits and to

11  prosecute the Korean Lawsuits.

12      8.     Upon information and belief, X maintains two corporate offices in Palo Alto,

13  California and San Jose, California, both of which are within the Northern District of California.

14      9.     Upon information and belief, Google is headquartered in Mountain View,

15  California, which is within the Northern District of California.

16      10.    The information requested by the proposed subpoenas to X and Google will be

17  used solely to identify the appropriate defendants in the Korean Lawsuit.

18      11.    Applicants do not intend to use the information requested from X in any criminal

19  proceedings.

20      12.    I believe that South Korean courts, including the courts presiding over the Korean

21  Lawsuits, will receive as evidence the information sought by Applicants.  I am not aware of any

22  directive by South Korean courts that would preclude the use of the requested materials.

23      I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.

25      Executed October 14, 2025, in Seoul, South Korea.

26

27                          Jin-Wook Kim

28

# EXHIBIT 1

# **Complaint**

**Plaintiff**
Han Zhen ("HAN ZHEN")
13F, 42 Hangang-daero, Yongsan-gu, Seoul (Hangangno 3-ga, HYBE)
**Plaintiff's Counsel**
Shinwon LLC (Law Firm)
#401, 33 Seocho-daero 48-gil, Seocho-gu, Seoul (Seocho-dong, Herb One Bldg.)
Attorneys in charge: Jin-Wook Kim, Kyung-Tae Baek, Ji-Yoon Ahn


**Defendant**
Name unknown / Address unknown


**Action for Damages (General)**

**Relief Sought**
1. The Defendant shall pay the Plaintiff KRW 10,000,000, together with interest thereon at the annual rate of 5% from August 11, 2025 until the date a copy of this complaint is served, and at the annual rate of 12% from the following day until full payment.
2. Litigation costs shall be borne by the Defendant.
3. Paragraph 1 shall be provisionally executable.
   The Plaintiff so prays for judgment.

4083105.1

# 소       장

원      고          한전(HAN ZHEN)
                        서울 용산구 한강대로 42, 13층(한강로3가, HYBE)
                        원고 소송대리인
                            법무법인(유한)신원
                            서울 서초구 서초대로48길 33 401호(서초동, 허브원빌딩)
                            담당변호사: 김진욱,백경태,안지윤
피      고          성명불상자
                        주소불명


손해배상(기) 청구의 소

# 청구취지

1. 피고는 원고에게 10,000,000원 및 이에 대하여 2025. 8. 11. 부터 이 사건 소장부본 송달일까지는 연 5%의, 그 다음날부터 다 갚는 날까지는 연 12%의 각 비율로 계산한 돈을 각 지급하라.
2. 소송비용은 피고가 부담한다
3. 제1항은 가집행할 수 있다.
라는 판결을 구합니다.

# 청 구 원 인

## 1. 기초 사실

### 가. 당사자의 지위

원고는 2024. 1. 22. 데뷔한 플레디스 엔터테인먼트(Pledis Entertainment) 소속 6인조 보이그룹 투어스(TWS, 이하 '투어스'이라고 합니다)의 멤버로 활동하고 있는 가수 입니다. 원고는 '한진'이라는 예명을 사용하여 연예활동을 하고 있습니다(갑제1호증 투어스 소개글).

피고는 소셜미디어 엑스(X, 옛 트위터)에서 "밍(@plzleavme)"(이하 '이 사건 계정' 이라고 합니다)이라는 닉네임으로 활동 중인 자로서(갑 제2호증 피고의 X 계정), 이 사건에 원고를 비하하며 경멸적 감정을 표출한 글을 계속적, 반복적으로 게시하여 원고를 모욕한 자 입니다.

### 나. 이 사건의 경위 – 원고에 대한 피고의 적개심

원고는 투어스 내 유일한 외국인 멤버이자 중국인 멤버로, 데뷔 초부터 중국 국적을 이유로 한 무분별한 혐오 댓글들, 성격이나 행동에 관한 근거 없는 비방적 댓글들 등 수 많은 악성 게시물들의 공격을 받아왔습니다.

위와 같은 원고에 대한 악성 게시물들은 대부분 X에서 생성되어 광범위하게 유포되어 왔으며, 특히 피고가 운영하는 X 계정은 지속적·반복적으로 원고에 대한 모욕성 글을 작성하여 게시해 온 대표적인 계정에 해당합니다. 피고는 소장 접수 시점을 기준으로 약 4개월 전인 2025. 5. 경 자신의 계정을 개설하였는데, 4개월 만에 379개의 게시물[1]을 작성하여 게시하였으며, 그 모든 게시물이 모두 원고를 향한 조롱이나 비난을 포함하고 있는 것으로 확인됩니다.

---

[1] 2025. 9. 8. 조회 기준

 **법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

심지어 피고는, "5ws(투어스가아까워)"라는 이름의 유튜브 계정을 운영하며, 원고에 대한 비방성 쇼츠[2]를 다수 제작 및 업로드하여 원고에 대한 경멸적 감정을 심각하게 표출하기도 하였습니다(갑 제 3 호증 피고의 유튜브 계정). 해당 유튜브 계정은 현재 삭제된 것으로 확인됩니다.

이처럼 피고는 익명성에 기대어 무고한 개인의 인격을 짓밟는 모욕을 아무런 죄책감 없이 공연히 자행해 왔고, 그로 인한 원고의 정신적 고통과 사회적 평가의 저해의 정도가 수인 한도를 넘어, 원고는 피고의 게시물들 중 수위가 높은 것만을 추려 이 사건 소의 제기에 이르게 되었습니다.

## 2. 피고의 불법행위

### 가. 관련 법리

대법원은 "표현행위자가 타인에 대하여 비판적인 의견을 표명한 때에 그 표현행위의 형식과 내용 등이 모욕적이고 경멸적인 인신공격에 해당하거나 혹은 타인의 신상에 관하여 다소간의 과장을 넘어서서 사실을 왜곡하는 공표행위를 함으로써 그 인격권을 침해한 경우에는 의견표명으로서의 한계를 벗어난 것으로서 불법행위가 될 수 있다"는 태도를 일관되게 취해오고 있습니다(대법원 2009. 4. 9. 선고 2005 다 65494 판결 등 참조).

특히 법원은, 피고가 **불특정 다수인이 접속하여 글의 내용을 확인할 수 있는 인터넷 게시판에 이 사건 댓글을 게시함으로써 원고의 사회적 평판을 저하시킬 글을 게시하여 원고를 모욕하는 불법행위를 저지른 경우, 원고에게 위와 같은 불법행위로 인하여 원고가 입은 정신적인 고통을 금전으로나마 위자할 의무가 있다**고 판시

---

[2] 유튜브 쇼츠는 유튜브 내에 게시되는 60 초 이내의 짧은 세로형 동영상을 지칭하며, 일반 영상에 비해 유튜브 메인 화면에 쉽게 노출되고 빠르게 확산되어 그 파급력이 매우 크다는 특징이 있습니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

하고 있습니다(서울북부지방법원 2018. 4. 3. 선고 2017 가단 122465 판결, 서울중앙지방법원 2018. 9. 19. 선고 2018 나 19803 판결 등 참조).

**나. 피고의 불법행위 내용**

구체적으로, 피고는 아래와 같이 원고에 대한 다수의 악성 게시물을 작성하여 게시하였으며(갑 제 4 호증 내지 갑 제 9 호증), 각 게시물이 원고에 대한 모욕 행위를 구성한다는 점은 '설명'란에 기재한 바와 같습니다.

| 순번 | 게시 일자 | 내용 | 설명 | 서증 |
|---|---|---|---|---|
| 1 | 2025. 6. 30. | 국적차별? 솔직히 **그분의 근거 없는 자존감과 자아비대의 상당부분은 쭝화사상 바탕되잇는거잖음** 파오차이도 상견니도 그 사상아래 잇는내용인데 모루시나? 님들이나 애국좀하세여 피드백 싹무시하고 파오차이 이후 음침한 맘찍글도 위 버스 중국말 남발도 **걍 한꾹을 K불가촉속국으로 대하는거같은데** | 피고는 원고가 "근거 없는 자존감"과 "자아비대"를 가지고 있다고 폄하하는 한편, 원고가 중국인 특유의 자문화 중심주의 사상인 "쭝화사상(중화사상)"을 바탕으로 하며, 한국을 "불가촉속국"으로 취급한다고 주장하고 있습니다.<br><br>"불가촉속국"은 인도의 카스트(신분) 제도에서 가장 낮은 계급을 뜻하는 '불가촉천민'과 일부 중화권 문화에서 한국이 중국의 '속국'이라고 주장한다는 점에서 '속국'이라는 단어를 합성한 것으로 보입니다. | 갑 제 4 호증 |

법무법인(유한) 신 원   06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)   T 02 523 0232   F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | | 그러나 원고는 중화사상을 바탕으로 한국을 무시하거나 폄하한 사실이 없으며, 피고는 단순히 원고의 국적을 바탕으로 원고의 인격과 가치관을 부정적으로 재단하였습니다. | |
| 2 | 2025. 7. 1. | 오늘 라방 역대급으로 편안함 단체 라이브에서 이렇게 자연스럽게 추팔하면서 찐친무드나올수잇는거 보고싶엇은데 생각보다 더 좋차나? ㅅㅂㅜ **그냥 딱 한명 빠지니까 괴성으로 조마조마할 필요도 없고 눈치볼일 없고** 걍 k감성 K유머 k드립 다통하는것도 개큰쾌감ㅜ 큰일났다 5어스라방맛을봐버림 ㅈ됨 | 피고는 원고의 불참으로 나머지 5명의 멤버끼리 라이브방송을 진행하게 된 상황을 빌미로, 원고를 마치 평소에 "괴성"을 지르고 주변 사람들의 "눈치"를 보게 만드는 비정상적이고 불편한 존재인 것과 같이 묘사하였습니다. 이는 원고의 인격을 왜곡하고 사회적 평판을 훼손하는 명백한 인신공격 입니다.

한편, "플디"는 투어스의 소속사인 '플레디스엔터테인먼트'의 약칭입니다. | 갑 제4호증 |
| 3 | | 라방동안 별 조합 다뭐였는데 편안하고 자연스러우니까 뭔 조합이나와도 캐해가 달라져서 ㅈㄴ재밋고 풍성하자나 이게 관계성을 영 | 피고는 원고가 없는 상황에서의 나머지 멤버들끼리의 관계성에 만족감을 표하는 한편, 원고가 포함되어 있을 경우 '토할 것 같다'고 표현하거나, 원고가 '안팔린다'고 묘사 | 갑 제4호증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)    T 02 523 0232    F 02 525 0224

| | | 업하는방법이에요 **플디는 자꾸 억조합으로 퍼먹일려니까 토할거같은거구**...제발 아이돌관계성1-1부터 다시 공부하세여 **글구 안팔리면 포기를하세요** 어차피 님들 만손핸대 | 하여 원고의 인격적 가치를 훼손하고 원고에 대한 경멸적 감정을 여과 없이 표출하였습니다. | |
|---|---|---|---|---|
| 4 | 2025. 7. 20. | 플레디스가 중국에 꼬리를 너무 프로펠러로 쳐 흔들고 계세여 그니까 **중멤하나 가 쫀득하게 중화사상 개낀 말과 행동을 쳐해도** 잡도리를 안하지... **모자란 부분 이 넘치는데** 무조건적인 칭찬과 격려만 해주더라니┬ (이하 생략) | 피고는 원고를 "중멤(중국 멤버)"로 지칭하며, 원고가 "쫀득하게 중화사상 개낀 말과 행동을 쳐한다", "모자란 부분이 넘친다"고 묘사하고 있습니다.

피고는 역시 원고의 국적과 정체성을 조롱의 대상으로 삼는 동시에 경멸적 표현을 사용하여 원고의 사회적 평가를 심각하게 훼손하였습니다. | 갑 제 5 호증 |
| 5 | 2025. 7. 29 | 입덕하고 첨엔몰랏지 그래도 착하대서 노력해봤는데 **착한게아니라 영악한거엿잖음**.. **쎄했던것만 모아도 오억갠대** 모라써요? 무대퀼만 | 피고는 원고의 성품에 대하여 "착한 게 아니라 영악한거였음", "뻔뻔한 인성"이라고 단정하며, 원고가 "쎄했던 것만 모아도 오억개(무수히 많다는 뜻의 인터넷 은어)"라고 표현 | 갑 제 6 호증 |

| | | | | |
|---|---|---|---|---|
| 6 | | 가지고 잡도리할랫는 데 별것까지 다알려줘야댄대 애는 착하대서 노력은 할줄알앗더니 엥? **넘치는 피드백을 싹다무시해버리는 강인한멘탈과 쩐뻔한 인성만 가지고계셨슨** | 하였습니다. 위의 '뻔뻔하다'와 같은 취지에서, 원고가 팬들의 시선과 생각을 의식조차 하지 않는 사람인 것과 같이 표현하기도 하였습니다.<br><br>이는 원고의 인격에 대한 직접적인 공격으로, '영악하다'는 표현은 이기적이고 교활하다는 부정적 의미를, '뻔뻔한 인성'은 부끄러움을 모르는 비도덕적 성품을 지녔다는 경멸적 의미를 내포합니다. 이와 같은 표현은 원고의 구체적인 행위에 대한 비판을 넘어, 원고의 사회적 평가를 저하시키려는 의도가 명백한 모욕적이고 경멸적인 인신공격에 해당합니다. | 갑 제6호증 |
| | | 다른 사람까진 안바래도 **팬들의 시선과 생각과 평가는 의식하긴해야되지않을까 신경좀써야 되지않을까** 생각해 한진아 | | |
| 7 | 2025.8. 4. | 실제 투어스 라방때 오디오 크기 였음 **다른 멤버들이 말할때 음량크기랑 한진이가 이야기할때 크기차이**봐.. 아니 돌판 어디에서 >>조용히 말해줘<<를 피드백으로 보는 곳이 있냐고요 | 피고는 원고의 지적 능력을 '3-5 세 지능'에 빗대어 조롱하고, 아이돌로서의 기본 소양조차 갖추지 못한 사람으로 낙인찍었습니다. 한편, 피고가 언급하는 '언어이슈'는 원고의 국적을 이유로 한 근거 없는 비방에 해당하며, '생리현상'에 대해서까 | 갑 제7호증 |

| | | | | |
|---|---|---|---|---|
| 8 | | 피드백 범주가 ㅈㄴ 넓으셔서 눈치를보면서말해야할게 너무많아요<br><br>한진이가 춤이랑 노래만 못해서 폐관수련만 시키면 되는거면 개패서라도 어떻 게 해볼의지가 생기는데 무슨 **ㅅㅂ고함소리 언어이슈 3-5세지능이슈 생리현상 등 아니 첨해보는 피드백을 다 큰성인한테 하려니까 쳐답 답한거죠 근데 한진이는 아 이돌의 기본자세도 몰라서** 이런피드백을 왜받아야하는 지도몰르셔 | 지 비난하는 것은 그 자체로 원고에게 모멸감을 주는 표현에 해당합니다. 피고는 원고의 목소리 음량이 다른 멤버들에 비해 크다는 것을 이유로 그를 '고함소리'라고 표현하여 조롱하기도 하였고, "ㅅㅂ"이라는 욕설을 사용하여 원고에 대한 경멸적 감정을 직접적으로 표출하였습니다. | 갑 제7호증 |
| 9 | 2025.<br>8. 5. | 한진이는 위버스부터 시작해서 모든 공계에서 지금 **팬들 피드백 쫀득하게 먹금** 하고 뭔 생각으로 눈치없이 오늘도 어학당 여셨을까 진짜 반응 1도 확인안하는 가봄.. **진짜 럽마셀ㅈ되 멘탈ㅈ나부럽당** 그러니까 파 | "먹금"은 상대방의 말을 쓸모 없는 말이나 행동으로 치부하여 관심을 주지 않고 무시하는 행위를 지칭하는 인터넷 은어 입니다. 즉, 피고는 원고가 팬들의 피드백이나 반응을 쓸모 없는 것으로 치부하여 무시해 왔다는 취지로 주장하며 근거 없이 원고의 직업적 태도나 노력을 비하 | 갑 제7호증 |

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | 오차이로 뉴스타도 사과문 하나도 없구 무대를 오억번 틀려도 미안금지만 뇌새김 하고있지 | 하였습니다.<br><br>"럽마셀"은 영어 'Love Myself'를 소리나는대로 읽어 한글로 표현한 것으로, 피고가 원고를 '럽마셀 ㅈ(좆)된다'고 표현한 것은 원고가 심각한 자기애를 바탕으로 팬들의 피드백을 신경 쓰지 않는다는 것을 비아냥거리는 태도로 표현한 것에 해당합니다.<br><br>이처럼 피고는 원고의 인성을 원색적으로 비난하며 원고에 대한 경멸적인 표현을 사용하여 원고를 모욕하였습니다. | |
| 10 | 2025.<br>8. 7. | 한진이 위버스 상태메세지 no one is coming 이였는데 한소리들은건지 바꾸셨냄 **투 5 스한테 피해자코스프레 하는 것만으로도 충분하지 않았쩐.. 이제 팬들과 세상이 날 억까한다는 나르시즘 ㅈ대는 상메를 팬들만** | "투 5 스"는 원고를 제외한 나머지 5명의 멤버로만 구성된 투어스를 지칭합니다. 즉 피고는 어떠한 근거도 없이 원고가 투어스의 나머지 멤버들에게 "피해자코스프레"를 하였고 주장하며 원고를 비난하였습니다. | 갑 제 8 호증 |



| | | **있는 공간에 전시하셔 너는 스스로를 좀 패셔야 한다니 까요 한진아** | 한편, 피고는 원고를 상대로 '나르 시즘 ㅈ(좆) 된다'는 취지로 표현하 여, 원고의 심리 상태를 자의적으로 판단하고 인격을 비하하며 부정적 인 낙인을 찍었습니다. 특히 원고에 게 '스스로 좀 패야한다'고 하여, 원 고에 대한 심각한 경멸적 감정을 표출하였습니다. | |
|---|---|---|---|---|
| **11** | 2025. 8. 11. | **능력치없이 뻔뻔하게 무임 승차하고 있는데다 그룹논 란은 혼자 다 쳐만들고 있 는 민폐롤**인데 1 년 넘게 같은 팀해주는 거에 고마워 헤야지.. 그룹멤이라고 같이 싸잡히는것도 수치스러운데 도움반 ㅈ나해줘도 또 쳐팸 당하고있는 5 어스가 아 까 워 5 어스안아 | 피고는 원고가 "능력치없이 뻔뻔하 게 무임승차"를 하고, "그룹논란은 혼자 다 쳐만들고 있는 민폐롤"이라 고 표현하였습니다.<br><br>이는 원고가 아이돌 그룹 멤버로서 의 역할과 책임을 다하지 않고 동 료들에게 피해만 주는 존재라고 낙 인 찍는 표현이며, 피고는 원고를 그룹에 아무런 기여 없이 해악만 끼치는 존재로 매도하였습니다. 이 는 원고의 직업적 성취와 노력을 전면 부인하고, 동료와 팬들에 대한 책임감이 없는 파렴치한 사람으로 묘사하여 원고의 사회적, 직업적 평 가를 심각하게 저해하는 행위입니 | 갑 제 9 호증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | 다. | |
|---|---|---|---|---|

## 다. 손해액의 산정

### (1) 위자료 산정 근거

대법원은, "불법행위로 인한 위자료를 산정할 경우, 피해자의 연령, 직업, 사회적 지위, 재산 및 생활상태, 피해로 입은 고통의 정도, 피해자의 과실 정도 등 피해자 측의 사정과 아울러 가해자의 고의·과실의 정도, 가해행위의 동기와 원인, 불법행위 후의 가해자의 태도 등 가해자 측의 사정까지 함께 참작하는 것이 손해의 공평부담이라는 손해배상의 원칙에 부합하고, 법원은 이러한 여러 사정을 참작하여 그 직권에 속하는 재량에 의하여 위자료 액수를 확정할 수 있다"고 판시합니다(대법원 2013. 12. 12. 선고 2013 다 201844 판결 참조).

한편, 법원은 2016. 10. 20. "불법행위 유형별 적정한 위자료 산정방안"을 공표하였으며, 2017. 2. 17.경 법원 홈페이지 대국민서비스-사법부간행물[3] 페이지에 그 주요 내용을 게시하였습니다(참고자료 1). 이를 발췌하면 다음과 같습니다.

> 명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활 사회생활·경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적·경제적·재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상 손해의 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적 사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반 과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자

---

[3] https://www.scourt.go.kr/portal/news/NewsViewAction.work?seqnum=25&gubun=713

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.

명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게 영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성 인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1단계의 기준금액과 2단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별특수성을 참작하여 정하는 것을 전제로 산정방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위유형 | 기준금액 | | 가중금액 | |
|---|---|---|---|---|
| 명예훼손 | 일반 피해 | 5,000만 원 | 1억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
| | 중대 피해 | 1억 원 | 2억 원 | |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다. 이에 따라 1단계 기준금액과 2단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서 증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다. 이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액 감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.

### (2) 이 사건의 경우

원고는 대중의 관심과 평판을 바탕으로 활동하는 직업의 특성상 긍정적인 사회적 이미지가 매우 중요합니다. 그러나 피고의 반복적이고 악의적인 모욕 행위로 인해 원고의 사회적 평가와 명예 감정이 심각하게 훼손되었으며, 이로 인해 원고는 형언할 수 없는 정신적 고통을 겪고 있습니다.

특히, 피고는 1회성 비난에 그치지 않고 약 4개월 동안 약 380여개의 게시물을 게시할 정도로 집요하고 반복적으로 행위함으로써 원고에 대한 부정적인 인식을 대중에게 확산시키려고 하였습니다. 이는 원고의 인격권을 침해하려는 명백한 고의를 보여주는 것이며, 피고의 모욕 행위는 행위 불법의 정도가 매우 중대합니다. 설령 원고가 공인이라고 할지라도 인격권을 심대하게 침해하는 피고의 모욕적이고 원색적인 비난까지 감수해야 할 의무는 없으며, 이러한 행위는 표현의 자유로서 보호받을 수 없는 일개 악질적인 공격 행위에 불과합니다.

원고는 이상의 위자료 산정 기준에 따라, 피고의 불법행위에 대한 위자료로 10,000,000원을 명시적인 일부로서 각 청구합니다. 원고는 피고의 행위에 따른 원고의 이미지 훼손 등 유·무형의 손해를 종합적으로 검토하여 청구취지의 확장 여부를 면밀히 검토한 후 청구원인을 정리하도록 하겠습니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

한편, 지연손해금 발생의 기산점은 피고가 이 사건 소에서 특정한 게시물의 마지막 게시 시점으로 특정 하였던 바, 피고는 원고에 대하여 2025. 8. 11. 부터 기산한 지연손해금을 지급할 의무가 있습니다.

따라서 피고는 원고에게 인격권 침해(모욕)에 기한 손해배상금으로 10,000,000 원 및 이에 대하여 2025. 8. 11. 부터 이 사건 소장부본 송달일까지는 민법 소정의 연 5%로 계산한 지연손해금 및 그 다음날부터 다 갚는 날까지는 소송촉진 등에 관한 특례법 소정의 연 12%로 계산한 지연손해금을 각 지급할 의무가 있습니다.

**3. 피고 특정에 관한 계획**

피고가 이 사건 계정을 익명으로 운영하고 있기 때문에, 원고는 피고를 특정할 수 있는 인적 사항을 모릅니다. 피고의 성명이나 송달 가능한 주소는 X 를 운영하는 미국 본사(X Corp.)에서 보관하고 있을 것으로 보이는 바, X 본사를 상대로 강제력을 발휘할 수 있는 증거 제공 명령을 받기 위하여 현지 로펌을 통해 Section 1782 discovery application 을 제출할 예정입니다. 원고는 위 절차를 통하여 피고의 인적사항을 확인하고, 성명과 주소가 파악되는 즉시 당사자 표시정정 신청서를 제출할 계획입니다.

**4. 결론**

이상에서 살펴본 바와 같이, 피고가 원고를 지속적·반복적으로 모욕하여 불법행위를 행해 온 것이 명백하므로, 원고의 청구를 전부 인용해 주시기 바랍니다.

**법무법인(유한) 신 원**   06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

# 입증방법

갑 제1호증:  투어스 소개글
갑 제2호증:  피고의 X 계정
갑 제3호증:  피고의 유튜브 계정
갑 제4호증:  피고 게시물(2025. 6. 30., 2025. 7. 1.)
갑 제5호증:  피고 게시물(2025. 7. 30.)
갑 제6호증:  피고 게시물(2025. 7. 29.)
갑 제7호증:  피고 게시물(2025. 8. 4., 2025. 8. 5.)
갑 제8호증:  피고 게시물(2025. 8. 7.)
갑 제9호증:  피고 게시물(2025. 8. 11.)

# 첨부서류

1. 불법행위 유형별 적정한 위자료 산정방안
2. 소송위임장

2025.   9.   8.

원고 소송대리인
법무법인(유한)신원
담당변호사 김진욱
백경태
안지윤

# 불법행위 유형별 적정한 위자료 산정방안

1

2017. 1.

위자료 연구반<sup>※</sup>

---------------------------------------------

※ 그동안 우리나라의 위자료 인정액이 법 공동체의 건전한 상식, 국가 경제규모, 해외 판례 등에 비추어 지나치게 낮게 형성되어 있으므로 제반 사정을 고려하여 보다 현실화할 필요가 있다는 말씀이 법원 내외에서 지속적으로 제기되어 왔습니다.

　지난 2016. 7. 20. 대전지방법원이 주최한 「전국 민사법관 포럼」에서 「불법행위 유형에 따른 적정한 위자료 산정방안」 초안이 발표되었습니다. 우리 연구반은 전국 5개 지방법원 소속 법관들로 구성되어, 2016. 7.부터 2016. 10.까지 「교통사고, 대형재난사고, 영리적 불법행위, 명예훼손 등 불법행위 유형의 선정」, 「불법행위 유형별 기준금액 설정」, 「특별가중사유 및 가중 범위」, 「일반증액·감액사유 및 조정 범위」 등에 관하여 면밀히 검토하고 보완하였습니다. 이러한 과정을 거쳐 지난 2016. 10. 20. 사법연수원이 주최한 『사법발전을 위한 법관세미나(민사)』에서 「불법행위 유형별 적정한 위자료 산정방안」 최종안이 마련되었습니다.

　이 파일은 「불법행위 유형별 적정한 위자료 산정방안」이 널리 활용됨으로써 보다 더 합리적인 위자료 산정실무가 확고하게 정착되기를 기대하면서, 주요 내용을 발췌하여 정리한 것입니다.

## 1. 불법행위 유형별 특수성

### 가. 교통사고

교통사고의 경우 서울중앙지방법원 교통·산재실무연구회가 경제 여건의 변화 등을 감안하여 교통사고로 사망한 피해자의 위자료 기준금액을 설정하여 이를 공표하고, 이를 각급 법원에서 채택함으로써 교통사고 위자료 산정실무의 기준이 되어 왔다.

위 실무연구회는 2015. 1. 교통사고 사망 피해자 위자료 기준금액을 1억 원으로 설정하여 이를 공표하였고, 현재 각급 법원에서 채택 중이다. 이에 가해자의 단순 과실로 피해자가 사망한 경우를 전제로 하는 특별가중 이전의 교통사고 위자료 기준금액을 1억 원으로 삼는다.

### 나. 대형재난사고

대형재난사고는 당연히 기대되는 안전성의 결여가 빚은 대형 참사로서, 가해자의 불법성에 대한 비난의 정도가 매우 크고, 다수의 피해자에게 참혹한 결과가 발생하며, 피해자가 사망하는 경우 그 시신이 심각하게 훼손되는 등 수습에 어려움을 겪는 경우가 많고, 사고 발생의 원인과 책임 소재의 규명 및 배상과 관련한 분쟁이 오랜 기간 계속되는 경향이 있으며, 이러한 사유로 말미암아 피해자와 유족의 분노와 울분 등 정신적 고통이 심하게 가중되는 점을 위자료 산정에 반영하여야 한다. 또한, 신속한 사고 수습과 손해의 확대 방지 요청, 동종 사고 발생의 억제와 예방의 필요성도 위자료 산정의 참작요소로 삼을 필요가 있다.

대법원은 항공기 사고의 경우 피해 승객의 과실이 개입될 여지가 거의 없는 점, 항공기 사고로 인한 피해결과 및 고통의 정도가 자동차 사고 등 다른 사고보다 중한 점, 항공기 사고에 관한 책임의 소재, 범위, 배상액을 둘러싸고 항공운송인 측과 피해자 측의 견해 차이로 최종적인 피해보상에 장기간 소요되는 경우가 많은 점 등의 특수한 사정을 위자료 산정 시 고려하여야 하고 자동차 사고 등에 통용되고 있는 정형화된 위자료 기준을 획일적으로 적용하여서는 아니된다는 입장이다(대법원 2009. 12. 24. 선고 2007다77149 판결).

이러한 점을 종합하여 대형재난사고로 인한 사망 시 위자료 기준금액은 교통사고의 경우보다 상향된 금액으로서, 2억 원으로 설정한다.

## 다. 영리적 불법행위

영리적 불법행위는 기업이 영리추구의 과정에서 소비자와 일반인에게 피해를 입힌 경우로서, 인간 생명과 신체의 존엄을 도외시한 채 경제적 이익의 획득에만 치중하였고, 이로 말미암아 사회 일반에 생활필수적인 재화와 용역의 인체안전성과 무해성 등에 관한 불신과 공포·불안을 야기하였으며, 사업의 규모와 경제적·사회적 영향력에 상응하는 기본적 윤리의식과 이에 대한 일반의 신뢰와 기대를 저버렸다는 점에서 가해자에 대한 비난의 정도가 매우 크고, 이로 인하여 피해자와 유족의 정신적 고통이 심하게 가중되며, 나아가 이와 같은 불법행위의 예방과 억제가 가능한 정도의 배상이어야 피해자와 유족의 정신적 고통의 회복이 가능하게 되는 점을 위자료 산정에 반영하여야 한다. 특히 불법행위의 성립과정, 태양 및 가해자와 피해자 상호지위의 호환불가 등 교통사고에 의한 불법행위와는 전혀 성격을 달리하는 점을 고려할 필요가 있고, 이에 더하여 대형재난사고에서 본 바와 같은 특수한 사정도 영리적 불법행위의 위자료 산정 시 마찬가지로 반영할 필요가 있다.

이러한 점을 종합하여 영리적 불법행위로 인한 사망 시 위자료 기준금액은 3억 원으로 설정한다.

## 라. 명예훼손

명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활·사회생활·경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적·경제적·재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상 손해의 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적·사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.

「중대 피해」는 피해자의 기존 개인생활·사회생활·경제활동에 미친 영향이나 훼손된 명예·신용의 가치가 중대한 경우를 의미한다. 대표적으로 직업 또는 사회적 지위가 박탈되거나 직업적·사회적 활동에 현저한 지장이 있는 경우, 사업자의 신용, 상호·상표의 가치가 현저히 저하되어 영업을 유지하기 어려운 경우 등이 이에 해당한다.

「일반 피해」는 피해자의 기존 개인생활·사회생활·경제활동에 미친 영향이나 훼손된 명예·신용의 가치가 경미한 정도를 넘어 상당한 정도에 이른 경우로서, 위와 같은 「중대 피해」에 이르지 아니한 경우를 의미한다.

## 2. 단계적 산정방안 채택

위자료에 관한 심리는 「해당 유형 포섭 여부에 관한 심사」 ➡ 「기준금액의 특별가중사유 유무에 관한 심사」 ➡ 「위자료 증액·감액사유 유무에 관한 심사 및 위자료 액수 결정」 순의 3단계로 진행된다.

이와 같은 3단계 산정방법론은 다른 불법행위 유형과 비교하여 1단계부터 「급격하게 고액인 기준금액」을 설정하지 아니하더라도 단계적·차등적 위자료의 산정이 가능하고, 특히 가해자의 행위불법적 요소가 피해자에게 미치는 영향 등 당해 불법행위의 개별적 특수성을 위자료 산정에 반영할 수 있어 불법행위 유형에 따라 구체적 산정방안을 마련하는 데에 적합하다는 장점이 있다.

### 3. 불법행위 유형별 기준금액의 설정

위에서 살펴 본 바와 같은 위자료의 본질, 법적 성격, 위자료 산정 사례, 비교법적 검토, 불법행위 유형별 특수성과 현 시대의 제반 여건 등을 종합하여 불법행위 유형에 따라 설정한 위자료 산정 기준금액은 다음과 같다.

| 불법행위 유형 | | 기준금액 |
|---|---|---|
| 교통사고 | | 1억 원 |
| 대형재난사고 | | 2억 원 |
| 영리적 불법행위 | | 3억 원 |
| 명예훼손 | 일반 피해 | 5,000만 원 |
| | 중대 피해 | 1억 원 |

### 4. 특별가중사유 및 가중금액의 설정

**가. 특별가중사유의 구성방안**

위자료의 기준금액을 가중하는 특별가중사유는 가해자 요소(행위불법의 중대성)만으로 단일하게 구성하였다. 즉 피해자 요소(결과불법의 중대성)는 원칙적으로 고려하지 않는다.

**나. 유형별 특별가중사유의 구성**

가해자의 행위불법적 요소를 중심으로 한 특별가중사유의 불법행위 유형별 구성 방안은 다음과 같다.

**(1) 교통사고**

교통사고 가운데 ① 가해자가 사고 후 도주한 경우, ② 음주운전·약물운전 등으로 인한 사고인 경우, ③ 교통사고처리 특례법 제3조 제2항 단서 중 위법성이 중한 경우, ④ 난폭운전으로 인한 사고인 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(2) 대형재난사고

대형재난사고 가운데 ① 가해자의 범죄행위로 인하여 발생한 사고인 경우, ② 부실 설계·시공·제작에서 기인한 사고인 경우, ③ 관리·감독, 운영상의 중대한 주의의무 또는 안전의무 위반이 사고의 원인이 된 경우, ④ 관리·감독기관과 운영 및 시공 업체 등의 결탁·담합·은폐·조작·묵인 등이 있었던 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(3) 영리적 불법행위

영리적 불법행위 가운데 ① 가해자의 고의 또는 중과실에 의한 행위로 발생한 사고인 경우, ② 영리행위를 시작하거나 지속하기 위한 수단 또는 방법이 사회통념상 허용될 수 없을 정도로 부정한 수단·방법에 의한 경우, ③ 영리행위로 인한 가해자의 이익 규모가 현저히 큰 경우, ④ 생명·신체의 안전에 대한 직접적인 위해가능성 또는 재화·용역에 대한 의존성이 큰 경우, ⑤ 사회적 신뢰를 현저히 손상한 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(4) 명예훼손

명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게 영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성·인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.


**다. 가중금액의 설정**

특별가중사유가 인정되는 경우에는 1단계의 기준금액을 가중한다.

다만, 법관이 구체적인 사건의 개별·특수성에 비추어 특별가중사유가 2개 이상 존재하거나 특별가중사유의 정도가 중하여 가중금액만으로 손해의 전보에 충분하지 아니하다고 판단하는 경우에는 가중금액의 추가증액도 당연히 가능하고, 반대로 특별가중사유의 정도 여하에 따라서는 가중금액의 감액도 가능할 것이다.

또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1단계의 기준금액과 2단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별·특수성을 참작하여 정하는 것을 전제로 산정 방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

## 라. 유형별 가중금액의 설정 방안

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위 유형 | | 기준금액 | 가중금액 | |
|---|---|---|---|---|
| 교통사고 | | 1억 원 | 2억 원 | |
| 대형재난사고 | | 2억 원 | 4억 원 | |
| 영리적 불법행위 | | 3억 원 | 6억 원 | |
| 명예훼손 | 일반 피해 | 5,000만 원 | 1억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
| | 중대 피해 | 1억 원 | 2억 원 | |

## 5. 일반증액·감액의 사유 및 범위의 설정

### 가. 일반증액·감액사유의 설정

#### (1) 일반증액·감액사유의 설정 일반

산정방안이 3단계에서 제시하는 증액사유와 감액사유는 예시적인 것이다. 개별 사건에서 위자료의 구체적 액수를 정하는 데에 참작하여야 할 위자료의 증액사유와 감액사유를 빠짐없이 산정방안에 정리하는 데에는 현실적인 한계가 있기 때문이다.

일반증액·감액사유는 크게 행위불법 중심의 가해자측 사정과 결과불법 중심의 피해자측 사정으로 구분할 수 있고, 나아가 ① 행위불법 중심의 가해자측 사정은 (i) 가해자의 불법행위에 대한 과실 내지는 책임의 정도 및 가해행위의 동기와 (ii) 기타의 개별 사정으로, ② 결과불법 중심의 피해자측 사정은 (i) 피해자의 개별 사정과 (ii) 피해 회복의 정도로 구분할 수 있다. 이와 같은 구분에 기초하여 개별적인 일반증액사유와 일반감액사유를 구성한다.

#### (2) 일반증액사유의 설정

##### (가) 가해자의 과실·책임정도 및 가해행위의 동기

사고 발생 및 피해의 확대와 관련하여 가해자에게 비난가능성이 큰 경우를 일반증액사유로 구성한다.

##### (나) 가해자의 개별 사정

가해자가 피해 회복을 위한 진지한 노력을 기울이지 아니한 경우, 가해자가 피해자에게 손해배상청구권의 포기나 감액을 강권하거나 회유한 경우, 가해자가 증거를 은폐하거나 조작한 경우 또는 이를 시도한 경우를 일반증액사유로 구성한다.

##### (다) 피해자의 개별 사정

피해자가 사망하기까지 겪은 고통이 큰 경우, 피해자의 시신 훼손 또는 시신 수습의 어려움으로 인하여 유족이 겪는 고통이 큰 경우, 피해자가 아동·미성년자이거나 특별한 보호를 필요로 하는 경우를 일반증액사유로 구성한다.

(3) 일반감액사유의 설정

(가) 가해자의 과실·책임정도 및 가해행위의 동기

천재지변이나 기타 가해자의 책임으로 돌릴 수 없는 외부의 사정이 경합하여 사고가 발생하거나 가해자의 과실이나 책임이 매우 경미한 경우 등 사고의 발생경위에 특히 참작할 사유가 있는 경우를 일반감액사유로 구성한다.

(나) 가해자의 개별 사정

가해자가 사고 후 피해자의 구호와 사고 수습을 위한 진지한 노력을 기울인 경우, 가해자가 지속적으로 피해의 회복과 합의를 위하여 최대한의 노력을 기울인 경우를 일반감액사유로 구성한다.

(다) 피해자의 개별 사정

피해자에게 사고의 발생 또는 피해의 확대에 과실이 있는 경우로서, 그 과실이 1단계에서 기준금액을 감액하는 데에 반영되지 아니하였거나 반영되었더라도 추가적인 감액의 필요성이 있는 경우를 일반감액사유로 구성한다.

(라) 피해 회복의 정도

피해자가 가해자로부터 상당한 금액의 손해배상금이나 관련 법령에 의한 보상을 받은 경우와 피해자가 가해자 또는 제3자로부터 위로금 또는 합의금을 지급받은 경우를 일반감액사유로 구성한다.

## 나. 일반증액·감액 범위의 설정

개별 사건에서 구체적 타당성을 도모할 수 있어야 하고, 각각의 유형별 위자료 산정방안의 적용 시 통일성을 확보할 필요가 있음을 고려하여, 모든 유형의 위자료 산정방안에 적용되는 일반증액·감액의 범위를 일률적으로 ±1/2 범위 내로 정한다.

### 다. 구체적 위자료 액수의 결정

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다.

이에 따라 1단계 기준금액과 2단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서 증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다.

이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액·감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.



# 소 송 위 임 장

| | |
|---|---|
| 사 건 | 손해배상(기) |
| 원 고 | 한전(HAN ZHEN) |
| 피 고 | 성명불상자 |

위 사건에 관하여 아래 수임인을 소송대리인으로 선임하고, 아래에서 정한 권한을 수여합니다.

**수임인**

**법무법인(유한)신원**

주 소 : 서울 서초구 서초대로 48 길 33, 허브원빌딩 401 호(서초동)

전 화 : (02) 523 - 0232 팩스 : (02) 525 - 0224

**수권사항**

**(1) 일체의 소송행위 (2) 변제의 수령 (3) 상소의 제기 (4) 반소의 제기 및 응소 (5) 재판상 또는 재판외의 화해 (6) 복대리인의 선임 (7)공탁, 공탁물 및 그 이자의 반환청구와 수령 (8)담보권 행사 최고 신청, 담보취소신청, 동 신청에 대한 동의 (9) 제증명 발급에 대한 권한 (10) 기타특별수권사항 [권한을 부여하면 ○표시, 보류하면 ×표시]**

| 기타 특별수권사항 | | 수권여부 |
|---|---|---|
| 소의 취하 | 제기된 소송의 전부 또는 일부를 철회하여 소송을 종료할 수 있는 권한 | O |
| 상소의 취하 | 원심을 유지·확정하면서 상소의 신청을 철회할 수 있는 권한 | O |
| 청구의 포기 | 위임인의 청구가 이유 없다고 인정하여 소송을 종료할 수 있는 권한 | O |
| 청구의 인낙 | 상대방의 청구가 이유 있다고 인정하여 소송을 종료할 수 있는 권한 | O |
| 소송탈퇴 | 제 3 자가 소송에 참가한 경우 그 소송에서 탈퇴할 수 있는 권한(민사소송법 제 80 조에 따른 탈퇴) | O |

2025 년 9 월 일

위임인 한전(HAN ZHEN) (2006. 1. 5.) (인)

발급번호 : 2025본안-360717호          (제출용)          발급일시 : 2025.09.08. 13:58

# 경 유 확 인 서



**증표종류 :**   본안(민사소액)

**증표번호 :**   22002-042070

**회 원 명 :**   법무법인(유한) 신원

 

 

　　본회는 변호사법 제29조(변호인선임서 등의 지방변호사회 경유)에 따라 위 회원이
아래 사건에 대한 소송위임장(변호인 선임서 포함)을 본회에 경유하였음을 확인합니다.

- 아 래 -

　관할기관 :  서울서부지방법원

　사건유형 :  민사 1심

　사건번호 :  미정

　사 건 명 :  손해배상(기)

　위 임 인 :  원고 한전(HAN ZHEN)

　상 대 방 :  성명불상자

## 2025. 09. 08.

서 울 지 방 변 호 사 

위 확인서를 법원, 수사기관, 기타 공공기관에 제출한 후에 재출력, 복사, 수정하여 재사용한 경우에는
형법 제 231조(사문서등의 위조·변조),제 234조(위조사문서등의 행사)에 따라 처벌받을 수 있습니다.
또한 위 확인서는 서울지방변호사회 수임사건 경유업무 시스템(https://via.seoulbar.or.kr)에서 진위
여부를 조회할 수 있으니 참고하시기 바랍니다.

# 담 당 변 호 사 지 정 서

| 사 건 | 손해배상(기) |
|---|---|
| 당 사 자 | 원   고            한전(HAN ZHEN) <br> 피   고            성명불상자 |

위 사건에 관하여 당 법무법인(유한)은 변호사법 제50조 제1항에 의하여,

위 **원고의 소송대리인**으로서 위 업무를 담당할 변호사를 다음과 같이 지정합니다.

| 담당변호사 | 변호사 김진욱, 변호사 이소희, 변호사 백경태, <br> 변호사 정광윤, 변호사 김혜은, 변호사 유민주, <br> 변호사 우홍균, 변호사 안지윤, 변호사 김채영 <br> TEL(02) 523-0232          FAX(02) 525-0224 |
|---|---|

2025.      9.      8.


법무법인(유한)신원

서울 서초구 서초대로 48길 33 허브원빌딩 401호(서초동)

대표변호사  김 진 욱



**서울서부지방법원          귀중**

# 접수증명 신청서

사        건        손해배상(기) 청구의 소

원        고        한전

피        고        성명불상자


위 사건에 대한 소장 이(가) 접수되었음을 증명하여 주시기 바랍니다.



2025.   9.   8.


원고 소송대리인

법무법인(유한)신원

담당변호사 김진욱

백경태

안지윤

Case 3:25-mc-80319　　　Document 1-2　　Filed 10/15/25　　Page 36 of 147

| KOR | ENG | GALLERY JPN | CHN |
|---|---|---|---|

T W S

# TWS

TWS는 'TWENTY FOUR SEVEN WITH US'의 약어다. 하루를 뜻하는 숫자 24와 일주일을 뜻하는 숫자 7은 '모든 순간'을 의미한다. 즉, '언제나 TWS와 함께'라는 의미를 내포하고 있다. 이들은 음악을 통해 시간과 공간을 초월한 모든 순간, 대중과 팬의 평범한 일상을 특별하게 만들어주는 소중한 친구가 되고자 한다.

TWS는 일찌감치 'K-팝 최고 기대주'로 꼽혀왔다. 플레디스 엔터테인먼트가 세븐틴 이후 무려 9년 만에 선보이는 보이그룹이자 하이브 레이블즈가 자신 있게 내세운 2024년 첫 주자이기 때문이다.

탄탄한 퍼포먼스 실력과 비주얼, 탁월한 음악 감각을 지닌 6명(신유, 도훈, 영재, 한진, 지훈, 경민)의 최정예 멤버가 뭉쳤다. 이들은 맑고 청량한 팀 아이덴티티에서 확장한 독자적 장르 보이후드 팝(Boyhood Pop)을 내세운다. 보이후드 팝은 일상 속에서 아름다운 감상을 불러일으키는 환상적이고 감각적인 음악을 일컫는다.

| | |
|---|---|
| 데뷔 | 2024.01.22 |
| 데뷔곡 | 첫 만남은 계획대로 되지 않아 |
| 멤버 | 신유, 도훈, 영재, 한진, 지훈, 경민 |

홈으로



**신유**



**도훈**



**영재**

갑 제1호증

TWS





한진            지훈            경민



## 데뷔

2024.01.22

*Pledis*

Copyright(c) 2025 PLEDIS ENTERTAINMENT. All rights reserved.

**밍**
379 게시물

팔로우

**밍**
@plzleavme

투어스가 아까워

📅 가입일: 2025년 5월

6 팔로우 중 　 1,756 팔로워

| 게시물 | 답글 | 하이라이트 | 미디어 |

📌 메인에 올림
밍 @plzleavme · 8월 18일 　　···
한진 – 조용히하래 + 열심히하면돼죠 사건
팬 대탈주를 만든 첫 콘서트 하루전 단체 라방에서부터 투어스 첫 콘서트 엔딩멘트 기싸움까지



💬　　⟳ 760　　♡ 1.2천　　📊 40만　　🔖　⤴

밍 @plzleavme · 8월 11일 　　···
투어스 한진은 단순히 한국어만 부족한게 맞을까에 대한 고찰

갑　제2호증

밍 @plzleavme · 8월 12일 · · ·
+) 추가해달라고 제보받은 짜파게티 한진이 사건



밍 @plzleavme · 8월 11일
투어스 한진은 단순히 한국어만 부족한게 맞을까에 대한 고찰

2:23

밍 @plzleavme · 8월 16일 · · ·
투어스 한진 실수? 모음이 아니라 그냥 실력 모음인듯 넣고싶은 클립들 분량이슈로 다 못넣음 .. 왜 팬들이 폐관수련 연습 무대퀄리티 수납 민폐등등을 이야기하는지 느꼈음 해 한진이는 진짜 멤버들한테 미안해야해



최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

밍 @plzleavme · 8월 7일    ···
한진을 착하다는 이미지로 프레임을 씌우는데 과연 착한 게 맞는지 궁금해 나는 라방
한편만 봐도 알겠던대 어떻게생각헤? 투어스 단체라방인거 꼭 참고해서 생각해보시깅
내 최애가 뒤에가려진 멤버거나 옆에서 꼽받은 멤버라고 생각하면 ㅈ나과몰입가능



💬     ↻ 3.5천     ♡ 3.5천     ∥ᵢ 229만     🔖    ⬆

열 람 용

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

SKT 9:27





영어  한국어    언어변경 ⌄   ✕

▶ **5ws**    🔍    ⋮



# 5ws
@25s-y2k

구독자 388명 · 동영상 8개

투어스가 아까워 ...더보기

**구독**

**Shorts**    검색



플레디스는 투어스 한테 피드백과 통제 가 선택적으로 들...

조회수 3만회



투어스 한진 조용히 해 라방에서부터 첫 콘서트 엔딩멘트 ...

조회수 3 제3호증



투어스 한진 무대 실 수들 최근까지 달라 진게 있을까 궁금...

조회수 12만회





**밍** @plzleavme · 구름다리 1일    2025.09.08 15:20   2025.09.08 15:24

라방동안 별 조합 다묶엇는데 편안하고 자연스러우니까 뭔 조합이나와도 캐해가 달라져서 ㅈㄴ 재밋고 풍성하자나 이게 관계성을 영업하는방법이에요 플디는 자꾸 억조합으로 퍼먹일려니까 토할거같은거구.. 제발 아이돌관계성1-1부터 다시공부하세여 글구 안팔리면 포기를하세요 어차피 님들만손핸대

💬    ⟲ 6    ♡ 72     9.3천    🔖    



**밍** @plzleavme · 7월 1일

오늘 라방 역대급으로 편안함 단체 라이브에서 이렇게 자연스럽게 추팔하면서 찐친무드나올수잇는거 보고싶었은데 생각보다 더 좋자나?ㅅㅂㅜ 그냥 딱 한명 빠지니까 괴성으로 조마조마할 필요도 없고 눈치볼일없고 걍 k감성 k유머 k드립 다틀하는것도 개큰쾌감ㅜ 큰일났다 5어스라방맛을봐버림 ㅈ됨

💬    ⟲ 32    ♡ 140     1.1만    🔖    ⬆



**밍** @plzleavme · 6월 30일

국적차별? 솔직히 그분의 근거 없는 자존감과 자아비대의 상당부분은 쭝화사상 바탕되잇는거잖음 파오차이도 상견니도 그 사상아래 잇는내용인데 모루시나? 님들이나 애국좀하세여 피드백 싹무시하고 파오차이 이후 음침한 맘찍글도 위버스 쭝국말 남발도 걍 한꾹을 K불가촉속국으로 대하는거같은데

💬    ⟲ 2     갑 제4호증     7천    🔖    ⬆

 밍 @plzleavme · 7월 20일    · · ·

플레디스가 중국에 꼬리를 너무 프로펠러로 쳐 흔들고 계세여 그니까 줌멤하나가 쫀득하게 중화사상 개낀 말과 행동을 쳐해도 잡도리를 안하지 .. 모자란 부분이 넘치는데 무조건적인 칭찬과 격려만 해주더라니 ㅜ 플디는 애국좀하세요 케이팝으로 먹고살면서 무슨 중국인만큼 중화사상이 껴있으셔

💬    🔁 3    ♡ 77    📊 1.3만    🔖    ↗

<p style="text-align:center; color:red;">갑 제5호증</p>

 밍 @plzleavme · 7월 29일                                              ...
다른 사람까진 안바래도 팬들의 시선과 생각과 평가는 의식하긴해야되지않을
까 신경좀써야 되지않을까 생각해 한진아

 42바보 ✅  07. 26. 14:42

다른 사람의 시선 너무 의식하지마(너무 신경
쓰지 마)
스스로 자신의 감정이 잘 인식해야돼요

◯            ↻ 9            ♡ 84            ᵈᵎ 2.9만            🔖  ⬆

 밍 @plzleavme · 7월 29일                                              ...
입덕하고 철엔몰랐지 그래도 착하대서 노력해봤는데 착한게아니라 영악한거엿
잖음.. 쎄했던것만 모아도 오억갠대 모라써요? 무대퀄만 가지고 잡도리할랫는
데 별것까지 다알려줘야댄대 애는 착하대서 노력은 할풀알앗더니 엥? 넘치는
피드백을 싹다무시해버리는 강인한멘탈과 쩐뻔한인성만 가지고계셨슨

◯            ↻ 15         갑  제6호증         ᵈᵎ 2.6만            🔖  ⬆

:2025.09.08 15.24

:2025.09.08 15.20

🐶 @plzleavme · 8월 5일
한진이는 위버스부터 시작해서 모든 곳에서 지금 댓글을 피드백 꼼꼼하게 먹금하고 굳 생각으로 눈치 없이 이을도 여탄안 여쌤들이 진짜 반응 1도 확인안안는 가능.. 진짜 람마셀×되 멘탈× 나부랑 그러니까 파오치이블 뉴스타도 사과문 하나도 없구 무대를 오여핀블러도 미안금지만 보세김하고있지

○     ⇄ 11     ♡ 129     ıll 3.7만     🔖     ⬆

🐶 @plzleavme · 8월 4일
한진이가 좀 이상 노래만 못해서 패쇄수련안 시키면 되는거면 개개서라도 여를 개쎄볼의지가 생기는데 무슨 ×나 고함소리 언어이슈 3-5세지능이슈 생떼현실 들 아니 정해보는 피드백을 다른 성인한테 하러 나가 저 담당함 거죠 건데 한진이 는 아이들의 기본자세도 몰라서 이런피드백을 인터넷에 눈치 왜 봐야아아하는지도 몰르셔

○     ⇄ 9     ♡ 145     ıll 3.5만     🔖     ⬆

🐶 @plzleavme · 8월 4일
실제 투어스 라방때 오디오 크기 없을 다를 멤버들이 말할때 음량크기랑 한진이 가 이야기할때 크기차이봐.. 아니 둘은 어디에서 ×조홀히 말해줘<<줄 피드백 으로 보도 굿이 있냐고요 피드백 범주가 ×ㄴ 넘으셔서 눈치 좀 보라면서 말해야될 거 너무많아요

○



한진이 스러지를 때 실제 오디오 크기
김 제7호...증
00:30
0:04

밍 @plzlea...

:2025.09.08 15:20          :2025.09.08 15:24

한진이 위버스 상태메세지 no one is coming이었는데 한소리들은건지 바꾸셨나봄 투5스한테 피해자코스프레 하는 것만으로도 충분하지 않았쩐 .. 이제 팬들과 세상이 날 억까한다는 나르시즘 ㅊ대는 상메를 팬들만 있는 공간에 전시하셔 너는 스스로를 좀 패셔야 한다니까요 한진아



1. "아무도 내 팬이 없어."

이 표현이 가장 자연스럽고 적절합니다. 자신의 잘못으로 비판을 받고 있음에도 불구하고, '나를 이해해주고 지지해주는 사람이 아무도 없다'는 식으로 상황을 비꼬서 말하는 거죠. "나 혼자서 모든 걸 감당하고 있다"는 뉘앙스를 풍기며 동정심을 유발하려는 의도가 잘 드러납니다.

2. "다들 날 버렸어."

이것도 매우 좋은 해석입니다. '버려졌다'는 강한 표현을 사용해 자신이 매우 비참하고 외로운 상황에 놓였다는 것을 극적으로 어필하는 거죠. 마치 자기는 아무 잘못 없는 피해자인데, 세상이 자신을 외면했다고 주장하는 느낌을 줍니다.

3. "나만 혼자 남았네."

이 표현은 살짝 자조적이고 쓸쓸한 느낌을 줍니다. "다들 나를 떠나고, 나만 외롭게 이 상황에 남았다"는 뉘앙스를 담고 있어, 역시나 비판의 초점을 자신에게서 '외로움'으로 돌리려는 의도로 해석할 수 있습니다.

309          9          26만                    

갑 제8호증

 **밍** @pizleavme · 8월 11일 ···

능력치없이 쩐뻔하게 무임승차하고 있는데다 그룹논란은 혼자 다 쳐만들고 있는 민폐롤인데 1년 넘게 같은 팀해주는 거에 고마워해야지 .. 그룹멤이라고 같이 싸잡히는것도 수치스러운데 도울반 ㅈ나해줘도 또 쥐펌당하고있는 5어스가 아까워 5어스안아 x.com/zowoapw/status...

더 이상 존재하지 않는 계정에서 작성된 게시물입니다. 자세히 알아보기

�17 77          ♡ 397          �ll 9.2만          ⊓  ↑

갑  제9호증

# EXHIBIT 2

# Complaint (소장)

**Plaintiff**:
Han Zhen ("한전")
42 Hangang-daero, 13th Floor, Yongsan-gu, Seoul (Hangangro 3-ga, HYBE)

**Plaintiff's Legal Representatives**:
Shinwon Law Firm (Limited Liability)
401, Hub-One Building, 33 Seocho-daero 48-gil, Seocho-gu, Seoul
Attorneys: Jinwook Kim, Kyungtae Baek

**Defendant**:
Unknown Individual (Name and Address Unknown)

---

**Cause of Action:** Claim for Damages (Insult)

---

# Relief Sought (청구취지)

1. The Defendant shall pay to the Plaintiff the amount of **₩10,000,000 (ten million Korean won)** together with interest thereon:
   - at the rate of **5% per annum** from **August 22, 2025** until the date of service of a copy of this Complaint, and
   - at the rate of **12% per annum** from the day following service until full repayment is completed.
2. The litigation costs shall be borne by the Defendant.
3. Paragraph 1 shall be provisionally enforceable.

# 소　　장

원　　　고　　　　한전(HAN ZHEN)
　　　　　　　　　서울 용산구 한강대로 42, 13층(한강로3가, HYBE)
　　　　　　　　　원고 소송대리인
　　　　　　　　　　　법무법인(유한)신원
　　　　　　　　　　　서울 서초구 서초대로48길 33 401호(서초동, 허브원빌딩)
　　　　　　　　　　　담당변호사: 김진욱,백경태

피　　　고　　　　성명불상자
　　　　　　　　　주소불명


손해배상(기) 청구의 소

# 청구취지

1. 피고는 원고에게 10,000,000원 및 이에 대하여 2025. 8. 22. 부터 이 사건 소장부본 송달일까지는 연 5%의, 그 다음날부터 다 갚는 날까지는 연 12%의 각 비율로 계산한 돈을 각 지급하라.
2. 소송비용은 피고가 부담한다
3. 제1항은 가집행할 수 있다.
라는 판결을 구합니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

<center># 청 구 원 인</center>

**1. 기초 사실**

**가. 당사자의 지위**

원고는 2024. 1. 22. 데뷔한 플레디스 엔터테인먼트(Pledis Entertainment) 소속 6인조 보이그룹 투어스(TWS, 이하 '투어스'이라고 합니다)의 멤버로 활동하고 있는 가수 입니다. 원고는 '한진'이라는 예명을 사용하여 연예활동을 하고 있습니다(갑 제1호증 투어스 소개글).

피고는 소셜미디어 엑스(X, 옛 트위터)에서 "샌(@unplu99edboyss)"(이하 '이 사건 계정'이라고 합니다)이라는 닉네임으로 활동 중인 자로서(갑 제2호증 피고의 X 계정), 이 사건에 원고를 비하하며 경멸적 감정을 표출한 글을 계속적, 반복적으로 게시하여 원고를 모욕한 자 입니다.

**나. 이 사건의 경위 – 원고에 대한 피고의 적개심**

원고는 투어스 내 유일한 외국인 멤버이자 중국인 멤버로, 데뷔 초부터 중국 국적을 이유로 한 무분별한 혐오 댓글들, 성격이나 행동에 관한 근거 없는 비방적 댓글들 등 수 많은 악성 게시물들의 공격을 받아왔습니다.

위와 같은 원고에 대한 악성 게시물들은 대부분 X 에서 생성되어 광범위하게 유포되어 왔으며, 특히 피고가 운영하는 X 계정은 지속적·반복적으로 원고에 대한 모욕성 글을 작성하여 게시해 온 대표적인 계정에 해당합니다. 피고는 소장 접수 시점을 기준으로 약 5개월 전인 2025. 4. 경 자신의 계정을 개설하였는데, 5개월 만에 1957개의 게시물[1]을 작성하여 게시하였으며, 그 모든 게시물이 모두 원고를 향한 조롱이나 비난을 포함하고 있는 것으로 확인됩니다.

---

[1] 2025. 9. 11. 조회 기준

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

심지어 피고는, "샌드"라는 이름으로 익명 Q&A 서비스 '스핀스핀' 계정까지 운영하며, 원고에 대하여 비방의 목적을 가진 자들과 지속적으로 소통하는 글을 게시하면서 원고에 대한 경멸적 감정을 심각하게 표출해왔습니다(갑 제 3 호증 피고의 스핀스핀 계정).

이처럼 피고는 익명성에 기대어 무고한 개인의 인격을 짓밟는 모욕을 아무런 죄책감 없이 공연히 자행해 왔고, 그로 인한 원고의 정신적 고통과 사회적 평가의 저해의 정도가 수인 한도를 넘어, 원고는 피고의 게시물들 중 수위가 높은 것만을 추려 이 사건 소의 제기에 이르게 되었습니다.

**2. 피고의 불법행위**

**가. 관련 법리**

대법원은 "표현행위자가 타인에 대하여 비판적인 의견을 표명한 때에 그 표현행위의 형식과 내용 등이 모욕적이고 경멸적인 인신공격에 해당하거나 혹은 타인의 신상에 관하여 다소간의 과장을 넘어서서 사실을 왜곡하는 공표행위를 함으로써 그 인격권을 침해한 경우에는 의견표명으로서의 한계를 벗어난 것으로서 불법행위가 될 수 있다"는 태도를 일관되게 취해오고 있습니다(대법원 2009. 4. 9. 선고 2005 다 65494 판결 등 참조).

특히 법원은, 피고가 **불특정 다수인이 접속하여 글의 내용을 확인할 수 있는 인터넷 게시판에 이 사건 댓글을 게시함으로써 원고의 사회적 평판을 저하시킬 글을 게시하여 원고를 모욕하는 불법행위를 저지른 경우, 원고에게 위와 같은 불법행위로 인하여 원고가 입은 정신적인 고통을 금전으로나마 위자할 의무가 있다**고 판시하고 있습니다(서울북부지방법원 2018. 4. 3. 선고 2017 가단 122465 판결, 서울중앙지방법원 2018. 9. 19. 선고 2018 나 19803 판결 등 참조).

- 2 -

**법무법인(유한) 신 원**    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

## 나. 피고의 불법행위 내용

구체적으로, 피고는 아래와 같이 원고에 대한 다수의 악성 게시물을 작성하여 게시하였으며(갑 제 4 호증 내지 갑 30 호증), 각 게시물이 원고에 대한 모욕 행위를 구성한다는 점은 '설명'란에 기재한 바와 같습니다.

| 순번 | 게시일자 | 내용 | 설명 | 서증 |
|---|---|---|---|---|
| 1 | 2025. 6. 24. | (다른 계정이 폐급이라는 단어를 사용하는 것이 적절하지 않다는 취지의 게시글을 인용[2]하며) 한진이네요 **앞으로는 폐급 대신 한진**이라는 단어 쓰겠습니다! | 피고는 원고가 "폐급"이라고 칭하고 있습니다.<br><br>"폐급"은 '폐기해야 할 등급', 즉 '쓰레기'와 같은 의미입니다. 대한민국 군대에서 사용되다가 일반인에게도 널리 퍼진 표현으로, 사람에게 사용할 경우에는 일종의 비속과 같은 의미를 갖습니다. | 갑 제 4 호증 |
| 2 | | 투어스 한진 폐급으로 봤는데 **진짜 폐급**이었다. | 피고는 원고의 성명을 모욕적 속어인 "폐급"과 동일시하는 방식으로 반복 사용하겠다고 하고, 원고를 직접적으로 '폐급'이라고 일컬어 원고가 "폐급"에 해당한다는 낙인을 찍 | |

---

[2] X 에서 누군가(본인 포함)의 게시글 원문을 원용하며 본인의 코멘트를 추가하는 기능을 의미합니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16 10:46 다운로드일시:2025.09.16 10:51

|  |  |  | 고 있습니다. 이는 원고의 인격과 명예에 대한 심각한 훼손을 가져옴이 명백합니다. |  |
|---|---|---|---|---|
| 3 | 2025. 6. 25. | [스핀스핀으로 접수된 글 (<u>원고를 폐급이라고 칭하며</u>, 어릴 때부터 부족하면 열심히 하면 된다는 말을 들으며 컸을 거 같다는 취지의 내용)에 <u>답하며</u>[3]]<br><br>가정교육은 우리가 알 수 없는 부분이고 부족하면 열심히 하면 돼, 옆에서 도와주면 돼 <이런 말을 플디에서 하긴 했을거가틈ㅋㅋ <u>**그게 아니고서야 도움받 다섯명 거느리면서 눈곱만큼의 수치심도 느끼지 않을리가**</u> | 피고는 원고가 타인의 도움을 받지 않고서는 정상적인 행동을 하지 못하고, 이에 대한 부끄러움도 느끼지 못하는 사람과 같이 묘사하고 있습니다. 이는 원고의 인격을 왜곡하고 사회적 평가를 현저히 저하시켰습니다.<br><br>또한 피고는 답변에서 직접 "폐급"이라는 단어를 사용하지는 않았으나, 질문자가 이미 원고를 '폐급'이라고만 지칭한 상황에서 이를 원고라고 전제하고 답변하면서 이를 묵인 및 재생산하고 있습니다. 이 역시 원고에 대한 모멸적, 경멸적 표현입니다. | 갑 제 5 호증 |
| 4 | 2025. 6. 26. | 아이돌은 가수입니다.. | 피고는 원고의 직업적 성취나 실력을 비판하는 수준을 넘어, 원고를 | 갑 제 6 호증 |

[3] '스핀스핀'은 X 에서 익명으로 Q&A 를 운영하고 싶을 때 주로 사용하는 플랫폼입니다. 이용자는 자신의 X 계정으로 스핀스핀에 가입해 연동할 수 있고, 이를 통해 질문자는 익명으로 질문을 남기고, 답변은 해당 질문을 받은 X 계정에서 공개하는 방식이 일반적으로 사용되고 있습니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232   F 02 525 0224

| | | **한진은 폐급입니다**.. | "폐급"이라는 단어로 완전히 무가치한 존재로 지속적, 반복적으로 표현하고 있습니다. 즉, 원고가 가수라는 기본적 자격조차 충족하지 못하고, 전혀 쓸모가 없는 사람이라는 경멸적 의미를 담고 있습니다. | |
| --- | --- | --- | --- | --- |
| 5 | 2025. 6. 27. | [스핀스핀으로 접수된 글 (원고가 멘탈이 센 거 같다는 취지의 내용)에 답하며] 그건 누나처럼 **양심의 가책과 수치심이란 걸 느낄 줄 아는 사람한테나 해당되는 이야기지 폐급이가 그런걸 느낄수 있을 것 같아**?! 기존쎄도 아니고 **그냥 태초부터 그런 걸 느낄 수 없는 사람 같아서 폐름돋긔** | 피고는 원고를 "폐급"이라 직접 호칭하며, 원고는 애초부터 양심·가책·수치심이라는 기본적인 인간적 감정을 느낄 수조차 없는 존재라는 취지로 단정하고 있습니다. 이는 원고를 도덕적 감수성이 결여된 비정상적 인간으로 매도하는 것입니다.<br><br>한편, "폐름돋긔"는 "폐급"과 "소름" 및 인터넷에서 사용되는 어미인 "~긔"가 결합된 단어로 보입니다. 즉, 원고의 존재 자체가 혐오스럽고 소름끼치는 것처럼 느껴진다는 취지로 조합한 신조어로, 단순한 욕설을 넘어 원고의 인격적 가치를 폄훼하고 사회적 평가를 현저히 저하시키 | 갑 제 7 호증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출자의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | | | |
|---|---|---|---|---|
| | | | 는 표현입니다. | |
| **6** | | [스핀스핀으로 접수된 글 (원고가 콘서트 전날 라이브 방송에서 난리를 피웠다는 취지의 내용)에 답하며] 헉 그럼 **폐급이는 목관리 할 필요가 없어서 빽빽 소리 처,지르셨던 건가**? 근데 좀 하지 그랬오ㅠㅠ 목관리 안해서 씨짝 빽싸리 난거아냐 에궁 그걸로 반년은 우려먹을건데 이를 우짜나 | 피고는 원고를 "폐급"이라고 부르면서, 원고가 가수로서 가장 기본적이고 중요한 덕목인 목소리 관리조차 하지 않는 무책임한 사람으로 묘사하였습니다.<br><br>특히 "목관리 안 해서 빽사리 난 것 아니냐"는 단정은 근거 없는 사실 왜곡에 해당하고, "폐급"이라는 모욕적 호칭과 결합하여 원고의 사회적 평가를 더욱 훼손하고 있습니다. | |
| **7** | | [스핀스핀으로 접수된 글 (원고가 탈퇴할 가능성이 없어 절망적이라는 취지의 내용)에 답하며] 어머 얘 또 깊생할라 그러네 웁씨 그런 깊생 하지말고 **무지성 폐급 탈퇴 폐급 둘기나 외치자** 그리고 그 분이 탈두글자를 안하더라도 **폐급단을 쥐패는건 또 다른 이야기야 힘내서 폐급** | 피고는 원고를 '폐급'으로 반복 호칭하면서 원고의 존재 자체가 그룹에서 사라져야 마땅한 것처럼 묘사하였습니다. 나아가 "무지성 폐급 탈퇴"라는 문구를 통해 원고가 아무런 이성과 가치를 동원할 필요 없이 즉각적으로 퇴출당해야 할 존재라는 취지로 낙인찍은 것입니다.<br><br>나아가, 피고는 원고를 지지하는 팬덤을 "폐급단"이라 부르며, 이들을 | 갑 제 8 호증 |

법무법인(유한) 신 원   06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232   F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | | | |
|---|---|---|---|---|
| | | **단 쥐패야지** 이것아 | 집단적으로 "쥐패야 한다"고 표현하였습니다. 이는 원고와 그를 지지하는 팬들까지도 조롱한 것으로, 원고의 인격적 가치뿐만 아니라 원고와 연결된 사회적 관계망 전체를 경멸과 혐오의 대상으로 전락시키려는 의도로서, 원고에 대한 극심한 인격침해에 해당합니다. | |
| 8 | | [스핀스핀으로 접수된 글(원고의 포토카드는 인기가 없다는 취지의 내용)에 답하며]<br>어느 판이든 교환 양도 분철 어려운 비인기 멤버가 존재하지만 이분은 진자 원앤온리셔 비인기도 아니야 비인기라도 하는 건 다른 그룹 비인기멤버들에게 실례임. **이 분은 무인기임. 없을 무.** | 피고는 원고를 단순히 '비인기 멤버'라고 평가하는 차원을 넘어, "무인기(없을 무 + 인기)"라는 결합어를 통해, 원고는 인기가 전혀 없는 사람이라는 취지로 조롱한 것입니다. 원고가 대중의 인기와 평판을 기반으로 활동하는 직업인임을 고려한다면, 이와 같이 대중적 가치를 완전히 부정하는 것은 원고의 인격과 사회적 평판을 깎아내리는 경멸적 표현에 해당합니다. | |
| 9 | 2025.<br>6. 28. | [스핀스핀으로 접수된 글(원고가 잘하는 것이 하나도 없고, 그나마 부여된 소 | 피고는 원고를 조롱하기 위해 원고의 언행을 매우 부정적인 모습으로 나열하고 있습니다. | 갑 제<br>9 호증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232   F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | 통 창구 역할도 다른 멤버가 더 잘한다는 취지의 내용)에 답하며]<br><br>얘야 너 한쩐 서운하게 왜 그러니? 우리 아기개굴킹이 잘하는게 왜 없어 **그룹에 민폐끼치기 1위, 키썰리기 1위, 울어스 내 병크 1위, 안무실수 빈도수 1위, 존재자체가 폐급인 남자 1위 등등 수많은 1 등자리를** 차지하고 계... | "병크"는 '병신짓 크리티컬'의 줄임말로 '수습이 불가능한 병신 짓을 하는 사람'을 일컫는 은어로서 욕설 그 자체임이 분명하고, "키썰리기"란 '키'와 '어떤 물체가 잘리거나 토막이 나게 된다'는 의미의 '썰리다'를 합성한 말로, 키가 작다는 은어입니다.<br><br>즉, 피고는 원고의 신체적 조건과 인격적 가치를 모두 폄하하고 있을 뿐더러, 그룹에 민폐를 끼친다거나 안무실수가 많다는 사실무근의 내용을 단정적으로 나열함으로써, 원고를 아이돌로서 기본적인 자질조차 결여한 존재로 매도하고 있습니다. 이는 원고의 인격 자체를 전면적으로 부정하여 사회적 평가를 심각하게 훼손하는 표현입니다. | |
| 10 | | [스핀스핀으로 접수된 글 (원고가 2집 활동 시기에 공항 벌칙하는 게임할 때 모습을 보라는 취지의 내 | "잼컨"은 '재미있는 컨텐츠'의 준말로, 피고는 원고가 다른 멤버의 언행을 따라하려고 하는 모습을 표독스럽다고 폄하하며, 그 결과도 나쁘 | 갑 제 10 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | | | | |
|---|---|---|---|---|---|
| | | 용)에 "제보 감사합니긔"라고 게시한 글을 인용하며] 다른 멤버가 하고 반응 좋았던 잼컨 **지도 따라하고 싶었는지 쫀득~~하게 수쓰는 표독스러운 모습** 결국 **본인이 했을땐 반응 개같이 구렸다는 점**마저 뒤집어져읍씨 | 다는 취지의 표현을 하였습니다.<br><br>이는 원고의 단순한 행동까지도 원고의 성품과 직업적 가치 전체를 조롱하기 위한 대상으로 삼음으로써, 원고의 사회적 평가와 인격권을 근본적으로 침해하는 표현입니다. | |
| 11 | 2025. 6. 29. | [스핀스핀으로 접수된 글 (원고가 다른 멤버의 라이브 방송에 껴서 얘기하는 것에 환멸이 난다는 취지의 내용)에 답하며] **그냥 저능**하기만 하면 1시간 정도 패고 끝낼텐데 **뇌절까지 처싸셔서 10시간동안 패게 만드는 재주**가 있으심 | 먼저 피고는 원고를 "저능", 즉 지적 능력이 현저히 부족한 사람으로 전제하고 있습니다. 이는 원고의 인격적 가치를 근본적으로 부정하는 모욕적 표현입니다.<br>한편, "뇌절"이란 인터넷에서 '1절만 하지 못한다', 즉 '과하게 반복하는 경우'를 일컫는 신조어입니다. 피고는 이 표현을 사용하여, 원고의 언행이 절제되지 못하다는 경멸적 표현을 하였습니다. 나아가, 원고 존재가 단순히 불쾌한 수준을 넘어서 지속적이고 집요한 조롱과 공격의 대상이 되어야 한다는 인식을 드러 | 갑 제 11 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232   F 02 525 0224

| | | |
|---|---|---|
| | | 내기도 합니다. 이러한 표현은 원고의 사회적 평가를 현저히 저하시킬 뿐 아니라, 인격권을 심각하게 침해하는 불법행위에 해당합니다.. | |
| 12 | [스핀스핀으로 접수된 글 (원고는 토끼를 닮지 않았고, 인조인간, 애나벨인형에 가깝다는 취지의 표현)에 답하며] <br> 뭐 **잘못 만들어진 토끼인형**도 있긴 있겠지 **불량품**. 투어스 **한진씨 당신은 불량품 토끼**입니다. | 원래 '토끼'는 투어스 팬덤이 원고에 대한 애칭으로 사용하는 긍정적 표현입니다. 그런데 피고는 이를 비틀어 원고를 "불량품 토끼", 즉 정상적이지 못하고 잘못 만들어진 결함품에 불과하다는 식으로 조롱하였습니다. <br> 이는 원고의 존재를 결함 있는 상품, 소비자가 버려야 할 불량품에 비유한 것으로서, 원고의 인격적 가치를 근본적으로 훼손하는 경멸적 표현입니다. | |
| 13 | [스핀스핀으로 접수된 글 (원고가 우는 모습을 보면 뭐가 힘들었는지 공감이 되지 않는다는 취지의 내용)에 답하며] <br> **폐급이가 쭙짜면** 드는 감정 네글자로 요약 가능함 '**지** | 피고는 원고를 지속, 반복적으로 "폐급"이라고 칭하면서, 원고가 우는 모습을 '쭙짠다'고 우스꽝스럽게 묘사하여 경멸적 감정을 드러내고 있습니다. <br> 나아가, 원고의 이러한 모습을 두고 '지랄 시작'이라는 저급한 욕설을 | 갑 제 12 호 증 |

- 10 -

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| | | **랄 시 작**' | 사용하여, 원고의 인격적 가치와 사회적 평판을 훼손하였습니다. | |
|---|---|---|---|---|
| 14 | | [스핀스핀으로 접수된 글 (원고의 춤 실력이 드러날 수 있도록 차라리 관련 영상을 더 많이 올리면 좋겠다는 취지의 내용)에 답하며] **폐급어머니회누나들이 착즙기 풀로 가동해서 쥐어 짜내는 모습**은 좀 궁금하긴 햐ㅋㅋ 그거 보고 있으면 우울증 약 처방이 따로 필요없을듯 **한쩐 팬 하면 걸어다니는 정신건강의학과 전문의가 되는구나** ㄷㄷ | 피고는 원고를 "폐급"이라 지칭하고, 원고의 팬들을 "폐급어머니회누나들"이라 명명하여, 원고의 지지자들까지 함께 조롱의 대상으로 삼았습니다. 또한, 원고에 대한 팬덤 활동을 우스꽝스러운 것으로 희화화하면서, 보통의 인간이라면 팬을 할 수 없을 정도와 같다고 비꼼으로써 원고에 대하여 경멸적 감정을 드러내고 있습니다. | 갑 제 13 호 증 |
| 15 | | [스핀스핀으로 접수된 글 (원고가 다른 멤버들의 만류에 불구하고 여드름 얘기를 계속한다는 취지의 내용)에 답하며] 난 이거 **지능이 2 세**라서 그런거라고 생각함 진지하 | 원고는 현재 19 세임에도, 피고는 원고의 지적 능력을 2~3 세 수준이라고 폄하하며, 원고를 정상적인 사고를 하지 못하는 존재라고 낙인찍고 있습니다. 또한 "언더커버 네 글자도 못 외운다", "멤버들 피드백도 금세 잊는다" | |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | 게○○ 언더커버 네글자도 못 외우는거봐 멤버들 피드백도 뒤돌아서면 까먹는거지 그렇게 **3 세용 퍼즐도 못 맞추는 지능을 왜 데뷔시킨건지** | 는 발언은 근거 없는 사실을 단정적으로 기재하여, 원고가 기본적인 기억력조차 없는 무능력자라는 왜곡된 이미지를 생성하고 있습니다. 이는 단순한 비판을 넘어, 원고의 인격적 가치를 근본적으로 훼손하는 경멸적 표현에 해당합니다. | |
| 16 | 2025. 6. 30. | [스핀스핀으로 접수된 글 (원고가 피드백을 순순히 반영하지 않다가 겨우 바뀐다는 취지의 내용)에 답하며] 으이구 으이구 순진한 누나 좀 보게나? **개가 똥을 끊지 폐급이가 소리지르기랑 중국어재난문자를 끊겠니**? 곧이다 곧이야. 지금은 더 큰 사자후를 위한 원기옥 타임인거긱 | 피고는 원고를 "폐급"이라 지칭하며, 원고의 언행을 "개가 똥을 못 끊는 것"에 비유하였습니다. 이는 원고의 언행이 매우 문제적이고, 교정 불가능하다는 취지로 표현하는 것입니다. 또한, 원고가 사용하는 중국어를 "재난문자"에 비유하며, 원고의 언어적 특성을 국적 차이에 따른 표현으로 보지 않고, 타인에게 피해와 불쾌감을 주는 요소로 묘사하였습니다. 이는 원고의 정체성과 국적을 이유로 한 명백한 차별적 표현입니다. | 갑 제 14 호 증 |
| 17 | | [스핀스핀으로 접수된 글 | 피고는 원고의 지적 능력을 영아 | |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | | | |
|---|---|---|---|---|
| | | (원고를 보면서 못한다고 징징거리지 말고, 열심히 했다는 말로 정당화하지 말아야겠다는 교훈을 얻었다는 취지의 내용)에 답하며] **3세용 퍼즐정도는 혼자 맞춰야지, 답답해도 빼액 소리지르는 짓 하지 말아야지, 무대 설 일 있으면 마이크 놓치지 말아야지, 즙 작작 짜야지 등등 추가 부탁** 배울점 많은거봐 **모범폐급개구리**ㄷㄷ | 수준으로 격하하는 모욕적 표현, 원고의 무대활동과 관련된 여러 행위를 "소리지르는 짓", "마이크 놓치지 말아야지", "즙 작작 짜야지"와 같이 열거하면서, 원고가 반복적으로 실수를 저지르는 사람이라는 이미지를 적극적으로 조장하고 있습니다. 이는 사실과 무관하게 원고의 직업적 능력을 전면적으로 부정하는 악의적인 왜곡입니다.<br><br>나아가, 피고는 원고를 "모범폐급개구리"라는 모멸적 표현을 통해 원고의 사회적 평가를 저하시켰습니다. | |
| 18 | 2025. 7. 3. | 투어스 한진씨 안 죄송하만 당신의 얼굴에 여드름 나는 거 하나도 웃기지 않습니다 하나도 안웃기고 얼굴을 좀 씻으십시오 라는 말을 하고 싶어집니다 **하나도 안 웃기고 입맛이 떨어집니다 하나도 안웃기고 토가 나옵니다 역류성식도염 걸릴 것 같습니다 부디부디** | 원고의 피부 상태를 조롱하며 "얼굴을 씻으라"는 등 기본적인 위생조차 지키지 않는 사람인 것처럼 매도하였습니다. 이는 원고의 신체적 특징을 근거로 인격을 폄하하는 전형적인 외모 비하입니다.<br><br>또한, 원고의 신체적 상태를 두고 "입맛이 떨어진다", "토가 나온다", "역류성식도염 걸릴 것 같다"는 식 | 갑 제 15 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | **좆드름 어필을 멈춰주시긔** | 으로 혐오와 구역질의 대상으로 묘사하였습니다. 이는 원고의 존재 자체를 혐오감과 불쾌감을 유발하는 대상으로 전락시키는 표현으로서, 명백한 인신공격에 해당합니다.<br><br>나아가, '좆'과 '여드름'의 합성한 "좆드름"이라는 표현을 통해 원고의 신체를 저속하게 묘사함으로써, 원고의 사회적 평가를 저하시켰습니다. | |
| 19 | 2025.<br>7. 5. | [스핀스핀으로 접수된 글 (원고의 안무 실력 부족 때문에 다른 멤버들이 맞춰주다가 부상을 입고 있다는 취지의 내용)에 답하며] 정확히 왜 다친건지에 대해서는 알 수 없는 부분이긴 한데 **딱 한분만 빼고 돌아가면서 아픈거보면 기괴할 정도의 연습량이랑 아주 연관이 없지는 않겠지** 탈두글자 못하겠으면 지 체력관절 연골 무나라도 해주던가 | 피고는 원고가 그룹의 다른 멤버들이 연이어 부상을 입는 원인일 수 있다고 단정하였는데, 이는 아무런 객관적 근거가 없는 허위사실을 전제로 한 주장입니다.<br>이로 인해 원고에 대한 허위 사실이 유포되고, 원고의 사회적 평판을 근거 없이 심각하게 저해되었습니다. | 갑 제 16 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16 10:46 다운로드일시:2025.09.16 10:51

| | | | | |
|---|---|---|---|---|
| 20 | 2025. 7. 9. | [스핀스핀으로 접수된 글 (원고에게 '잉어킹'이라는 별명을 추천한다는 취지의 내용)에 "제보 감사합니끄" 라고 게시한 글을 인용하며] 투어스 한진 **새로운 별명으로 잉어킹을 제안**합니끄 | 피고는 "잉어킹"이 원고에게 어울리는 별명이라고 하며, "No. 1 THE WEAKEST(최약체)"라는 문구가 기재된 사진을 같이 게시하였습니다. '잉어킹'은 인터넷에서 전혀 쓸모가 없고, 전투능력도 최약체인 포켓몬의 대명사로 알려져 있습니다. 피고가 이를 원고의 별명으로 제안한 것은 원고를 쓸모 없고 무능력한 존재로 규정하고 낙인찍으려는 모멸적 의도에서 비롯된 조롱입니다. 이러한 발언은 원고의 명예를 훼손하기에 충분한 경멸적 표현에 해당합니다. | 갑 제 17 호 증 |
| 21 | 2025. 7. 10. | [스핀스핀으로 접수된 글 (원고의 포토카드를 물에 담그거나, 낙서하고, 자르는 행위 외에 다른 행위를 추천해달라는 취지의 내용)에 답하며] 혹시 개 키우면 **산책하다 똥 쌌을 때 똥 치우는 주걱**으로 쓰기ㄱㄱ 아니면 **쥐팸** | 피고는 원고의 사진을 반려견 배설물 처리용 도구로 사용하라고 제안하면서, 원고의 외관이 그려져 있는 사물을 단순히 오물을 담는 용기에 불과한 것으로 격하하였습니다. 직접적으로 원고를 지칭하지 않았더라도, 사진이 통상적으로 가지는 상징적 의미를 고려하면 이는 곧 원고 자체를 모욕하는 인신공격으로 | 갑 제 18 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | **마련운 직장상사 책상 서랍에 넣어두기** 어떠심? | 인정하기에 충분합니다.<br><br>또한, "때리고 싶은 타인에게 제공하라"는 언급은, 원고의 사진이 담긴 포토카드 자체가 타인에게 혐오와 불쾌감을 불러일으키는 물건이라는 의미를 내포합니다. 이는 곧 원고의 존재가 다른 사람에게 불편함과 경멸의 대상이 된다는 취지인바, 원고에 대한 직접적이고 노골적인 모욕 표현으로서 원고의 명예를 훼손하였습니다. | |
| 22 | 2025.<br>7. 11. | [스핀스핀으로 접수된 글 (원고가 소속사 역사상 제일 무능한 멤버라는 취지의 내용)에 답하며]<br>아니 플디에만 국한할게 아니라 **아이돌 통틀어서 처음** 이라꼬. 보니까 최초의 아이돌이 1996 년에 나왔다네 즉, 쩐자님은 **30 년만에 나온 아이돌**인거임 천년돌 만년돌은 들어봤어도 30 년돌은 처음이지윤? | '쩐자'는 원고의 본명 중 '진(振)'를 중국어로 읽은 '쩐'과, 과거 고대 중국에서 사용되던 '천자'를 합성한 단어로, 원고의 국적이 중국임을 강조하기 위한 차별적 표현입니다. 피고는 원고가 소속사 역사상 최악 이라는 수준을 넘어, 아이돌 산업 30 년 역사상 전례 없는 무능력자라는 식으로 폄하면서, 원고의 인격권을 침해하였습니다. | 갑 제 19 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232    F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | | | |
|---|---|---|---|---|
| 23 | | [스핀스핀으로 접수된 글 (원고가 그룹 내에서 제대로 된 역할을 하지 못하고 있다는 취지의 내용)에 답하며]<br><br>? **-1 인분이라니 최소치로만 따져도 -35 인분**하고 계시는데 쩐려치기 무엇? 그리고 그분이 **훗날 1 인분을 하게될 확률은 쩐자님이 제 발로 울어스를 나간 후 전재산을 샌킹이에게 기부할 확률보다 적어** | 피고는 원고의 활동을 "-1 인분"이 아니라 "-35 인분"이라고 묘사하며, 원고가 단순히 무능한 것을 넘어 그룹 전체에 손해만 끼치는 존재라는 취지로 낙인찍었습니다. 이는 원고의 기여를 전혀 인정하지 않고, 오히려 팀에 해악을 끼치는 인물로 규정한 것입니다.<br><br>나아가, 원고가 앞으로도 결코 제 역할을 해낼 수 없을 것이라며 원고의 성장가능성 및 잠재력을 전면적으로 부정하고 있습니다.<br><br>즉, 피고는 원고가 그룹 내에서 역할을 전혀 하지 못하고 해악을 끼치고 있고, 앞으로도 성장할 가능성이 없다고 하여 원고의 인격을 훼손하고 있습니다. | 갑 제 20 호 증 |
| 24 | 2025. 7. 29. | ["진시황은아직살아있습니까?"라는 계정을 스크린샷한 이미지를 게시하며] | 피고는 원고의 국적이 중국임을 비하하기 위하여 본명 중 '진'을 중국어로 읽은 "쩐"을 지속적으로 사용 | 갑 제 21 호 증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232  F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

| | | **쩐국어학당**을 기다리며 부계정 커스텀 해봤긔 | 하고 있는 자입니다. 즉, "쩐국어학당"이라는 표현은 원고의 출신 배경을 희화화한 차별적 표현임과 동시에, 원고가 한국어를 완벽히 구사하지 못하는 모습을 두고 마치 '어학당'에 다니는 외국인 학습자와 같다고 비꼬는 것입니다. 이는 원고의 언어적 정체성과 국적을 직접적으로 조롱하여, 원고를 정상적인 의사소통 능력이 결여된 존재로 낙인찍는 경멸적 언동입니다.<br><br>따라서 위 표현은 단순한 별명 부여나 풍자가 아니라, 원고의 국적과 언어 사용을 비하의 근거로 삼아 원고의 인격과 사회적 평가를 현저히 저하시킨 것으로서, 명백히 인격권을 침해합니다. | |
| 25 | 2025.<br>7. 29. | [천안문 사태를 찍은 사진을 게시하며] 한진을 그렇게 좋아하니 보여드릴게요. 이거 **한진과 같은 국적을 가진 사람들의 사진**이 맞 | 중국 현대사의 비극적 사건인 천안문 사태 사진을 원고의 국적과 연결시켜, 원고에 대한 조롱의 대상으로 삼은 것입니다. 이는 원고의 언행과는 아무런 관련이 없는 사건을 | 갑 제22 호증 |

- 18 -

| | | 죠? | 근거로 원고의 국적만을 이유로 차별하려는 의도가 드러난 모멸적 표현입니다.<br><br>특히 "같은 국적을 가진 사람들의 사진"이라고 하며, 원고의 국적을 집단적 혐오와 연결짓는 방식으로 비난하고 있습니다. 이는 원고가 단순히 개인으로서의 잘못이 아니라, 국적 자체가 비난과 조롱의 근거가 되어야 한다는 취지를 담고 있어, 원고의 인격권과 사회적 평가를 근본적으로 침해하는 행위입니다. | |
| 26 | 2025.<br>8. 3. | [스핀스핀으로 접수된 글 (피고를 지지한다는 취지의 내용)에 답하며]<br>재밌게 들으셨다면 **투어스 한진 폐급**이라고 소문 좀 내주세요 | 피고는 원고의 실명을 특정할 수 있는 "투어스 한진"이라는 명칭을 직접적으로 거론하며, 원고를 "폐급"이라 지칭하여 원고의 사회적 평가를 저하시킬 수 있는 모욕적 표현을 사용하였습니다.<br>특히, 피고는 단순히 개인적 감정을 표출하는 수준을 넘어서, 불특정 다수에게 원고에 대한 부정적 인식을 확산시킬 것을 요청하면서 원고에 | 갑 제<br>23 호<br>증 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)<br>T 02 523 0232   F 02 525 0224

| | | | 대한 인신공격을 지속적·조직적으로 확대시키려 하였습니다. | |
|---|---|---|---|---|
| 27 | 2025. 8. 4. | [스핀스핀으로 접수된 글 (원고가 '못함'의 기준에 해당한다는 취지의 내용)에 답하며] 정확히 말하면 '못함'의 기준도 아니고 **'폐급'의 기준이 한진**인거긔 | 피고는 원고를 "폐급"이라는 경멸적 표현으로 지칭함으로써 원고를 모욕하였을 뿐만 아니라, 원고가 특정 기준의 최하위에 해당한다고 단정하여 비하함으로써 원고의 사회적 명예를 심각하게 훼손하였습니다. | 갑 제 24 호 증 |
| 28 | 2025. 8. 5. | [스핀스핀으로 접수된 글 (한국인이 중국어를 잘 배우면 중국인보다도 잘할 수 있다는 취지의 내용)에 답하며] 심지어 **진진님은 3 세용 퍼즐도 못푸는 2 세 지능보유자**인데 중국어 전공하고 중국에서 거주하는 사람들이 더 잘할 수도 있는거 아닌가? 타일러가 2 세한국인남아보다 한국어를 더 잘하듯이 | 피고는 원고를 '3 세용 퍼즐도 풀지 못한다'는 허위의 사실을 거론하면서, 원고가 2 세 지능을 보유하고 있다는 사실 무근의 주장을 하였습니다. 이는 원고의 인격을 심각하게 모욕하고, 사회적 평가를 현저히 저하시키는 표현입니다. | 갑 제 25 호 증 |
| 29 | 2025. | [스핀스핀에 접수된 글(피 | 피고는 원고를 공격의 대상자이자 | 갑 제 |

- 20 -

법무법인(유한) 신 원   06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | 8. 13. | 고의 X 계정 운영 목적이 궁금하다는 취지의 내용에) 답하며] 최종 목표는 '투어스 한진의 수납 및 탈퇴'입니다 | 희화화의 대상으로 삼아, 그룹 멤버로부터 배제·퇴출시켜야 할 인물로 낙인찍었습니다. 즉, 피고는 원고가 마치 그래야 할 존재인 것처럼 묘사하면서, 원고에 대한 지속적·조직적 인신공격의 의도를 표현하였습니다. | 26 호 증 |
| 30 | 2025. 8. 14. | #RT 이벤트!! **걸어다니는 병크 제조기 파오차이 한진** 수호한답시고 아무 죄 없는 울어스 다섯 명 피떡 만들던 샌 (@unplu99edboys)님이 가셨습니다 기분이 좋은 관계로 알티 추첨 한 분께 망구라떼를 드리려고 합니다 당발은 광복절 당일 오후에 | 피고는 "파오차이"라는 중국에서 김치를 지칭하는 단어를 원고의 성명 앞에 덧붙여 사용하였습니다. 이는 아무런 관련성 없는 맥락에서 원고의 이름에 의도적으로 결부시킨 것으로, 원고가 중국 국적이라는 점을 드러내어 희화화·비하하려는 목적을 가진 표현입니다. 또한 "병크"는 앞서 살핀 바와 같이 "병크"는 '병신짓 크리티컬'의 줄임말인데, 원고가 이러한 행위를 지속한다는 의미이므로 그 자체로 원고에 대한 경멸적 표현임이 명백합니다. | 갑 제 27 호 증 |
| 31 | 2025. 8. 17. | ?: 한진 너 토익 공부나 해라 | 피고는 원고를 '쩐'이라고 지칭하여 원고의 국적을 희화화하는 차별적 | 갑 제 28 호 |

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

| | | | | |
|---|---|---|---|---|
| | | **쩐: 토익 러시아 말이죠?** **영어야?** 아 짜!!!!!!!!!!!! | 표현을 사용하였을 뿐만 아니라, 원고가 토익이 영어시험이라는 점조차 알지 못하는 것처럼 묘사함으로써 원고를 상식이 결여된 사람으로 희화·조롱하였습니다. 이와 같은 피고의 발언은 원고의 출신 배경을 근거로 한 차별적 표현일 뿐만 아니라, 원고의 지적 능력을 부정적으로 왜곡하여 사회적 평가를 저하시킨 것입니다. | 증 |
| 32 | 2025. 8. 22. 2025. 8. | [스핀스핀으로 접수된 글 (피고가 소속사에 항의할 때 후원 계좌를 열라는 취지의 내용)에 답하며] 응 안 그래도 어떤 식으로 모금 받을지 깊생 해봤는데 모임 계좌 하나 개설하는 게 제일 좋을 것 같아서 그렇게 할 거 같아 **추석 때 한복 안 입히면 무조건 보낼거니까** 걱정말고 기다리기만 하면 돼 | 피고는 원고를 공격하기 위한 활동을 예고하면서 인위적으로 원고에 대한 논란을 확대시키려 시도하며, 조직적·집단적으로 원고의 사회적 평가를 훼손하였습니다. 특히 원고가 국적인 중국의 복식을 입으려 할 수 있다며 사실 무근의 주장을 펼치고, 이를 공격의 구실로 삼고 원고에 대한 모욕적 언동을 정당화하려 하였습니다. 이는 원고의 출신 배경을 희화화·비하하는 차별적 행위입니다. | 갑 제 29 호 증 |
| 33 | | [스핀스핀으로 접수된 글 | 피고는 만 19 세인 원고를 특정 지 | 갑 제 |

- 22 -

| | | (부상이 있는 다른 멤버들의 안무가 원고의 안무보다 낫다는 취지의 내용)에 답하며]<br><br>서울대생이 단기 기억상실증? 뭐 그런거 걸려도 **만 3 세 보다는 지능이 높겠죠** 딱 그런 상황인거죠 | 능 연령인 '만 3 세'에 빗대어 능력이 심하게 부족한 사람으로 조롱하였습니다.<br><br>특히 피고는 원고의 직업적 활동인 안무 수행과 관련하여 원고의 능력을 지적 장애에 빗대어 희화화함으로써, 단순한 의견을 넘어 경멸적 감정을 드러내어 원고의 사회적 평가를 현저히 저하시켰습니다. | 30 호증 |

이와 같이 피고가 게시한 2 천여 개 중 원고에 대한 <u>인격권 침해 정도가 상당한 일부만 특정하였음에도 그 수가 33 개에 달할 정도로, 피고는 단발적 일탈이 아니라 약 5 개월에 걸쳐 지속적·반복적으로 원고의 사회적 명예를 훼손하고 있습니다.</u>

특히 원고의 국적 또는 출신을 희화화하는 차별적 표현("쩐", "파오차이" 등), 지적능력을 영아 수준으로 격하하는 상습적 조롱("2 세 지능", "3 세 퍼즐" 등), 직업적 역량을 "폐급"에 동일화하는 낙인찍기, 나아가 원고의 퇴출을 공언하고 모금까지 조직하려는 행태가 결합되어, 원고의 명예와 인격권은 심각하게 침해되었습니다.

이와 같이 피고가 동일 또는 유사한 표현을 반복하면서 원고의 직업 활동, 대중의 평판은 물론 개인의 인격 자체에 대한 공격을 하는 것은 사회통념상 용인 가능한 비판의 한계를 명백히 일탈하여 불법행위에 해당함이 분명합니다.


**다. 손해액의 산정**

- 23 -

 법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

**(1) 위자료 산정 근거**

대법원은, "불법행위로 인한 위자료를 산정할 경우, 피해자의 연령, 직업, 사회적 지위, 재산 및 생활상태, 피해로 입은 고통의 정도, 피해자의 과실 정도 등 피해자 측의 사정과 아울러 가해자의 고의·과실의 정도, 가해행위의 동기와 원인, 불법행위 후의 가해자의 태도 등 가해자 측의 사정까지 함께 참작하는 것이 손해의 공평부담이라는 손해배상의 원칙에 부합하고, 법원은 이러한 여러 사정을 참작하여 그 직권에 속하는 재량에 의하여 위자료 액수를 확정할 수 있다"고 판시합니다(대법원 2013. 12. 12. 선고 2013 다 201844 판결 참조).

한편, 법원은 2016. 10. 20. "불법행위 유형별 적정한 위자료 산정방안"을 공표하였으며, 2017. 2. 17.경 법원 홈페이지 대국민서비스-사법부간행물[4] 페이지에 그 주요 내용을 게시하였습니다(참고자료 1). 이를 발췌하면 다음과 같습니다.

> 명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활·사회생활·경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적·경제적·재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상 손해의 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적·사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반 과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.
>
> 명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게

---

[4] https://www.scourt.go.kr/portal/news/NewsViewAction.work?seqnum=25&gubun=713

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232   F 02 525 0224

개인정보유출피해주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성·인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 **특별가중사유로 구성**한다.

또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1 단계의 기준금액과 2 단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2 배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2 배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별·특수성을 참작하여 정하는 것을 전제로 산정방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위유형 | 기준금액 | | 가중금액 | |
|---|---|---|---|---|
| 명예훼손 | 일반 피해 | 5,000 만 원 | 1 억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
| | 중대 피해 | 1 억 원 | 2 억 원 | |

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다. 이에 따라 1 단계 기준금액과 2 단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서

- 25 -

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232    F 02 525 0224

증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다. 이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액·감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.

**(2) 이 사건의 경우**

원고는 대중의 관심과 평판을 바탕으로 활동하는 직업의 특성상 긍정적인 사회적 이미지가 매우 중요합니다. 그러나 피고의 반복적이고 악의적인 모욕 행위로 인해 원고의 사회적 평가와 명예 감정이 심각하게 훼손되었으며, 이로 인해 원고는 형언할 수 없는 정신적 고통을 겪고 있습니다.

특히, 피고는 1회성 비난에 그치지 않고 약 5개월 동안 약 2000여개의 게시물을 게시할 정도로 집요하고 반복적으로 행위함으로써 원고에 대한 부정적인 인식을 대중에게 확산시키려고 하였습니다. 이는 원고의 인격권을 침해하려는 명백한 고의를 보여주는 것이며, 피고의 모욕 행위는 행위 불법의 정도가 매우 중대합니다. 설령 원고가 공인이라고 할지라도 인격권을 심대하게 침해하는 피고의 모욕적이고 원색적인 비난까지 감수해야 할 의무는 없으며, 이러한 행위는 표현의 자유로서 보호받을 수 없는 일개 악질적인 공격 행위에 불과합니다.

원고는 이상의 위자료 산정 기준에 따라, 피고의 불법행위에 대한 위자료로 10,000,000원을 명시적인 일부로서 각 청구합니다. 원고는 피고의 행위에 따른 원고의 이미지 훼손 등 유·무형의 손해를 종합적으로 검토하여 청구취지의 확장 여부를 면밀히 검토한 후 청구원인을 정리하도록 하겠습니다.

한편, 지연손해금 발생의 기산점은 피고가 이 사건 소에서 특정한 게시물의 마지막 게시 시점으로 특정 하였는 바, 피고는 원고에 대하여 2025. 8. 22. 부터 기산한 지연손해금을 지급할 의무가 있습니다.

- 26 -

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

따라서 피고는 원고에게 인격권 침해(모욕)에 기한 손해배상금으로 10,000,000 원 및 이에 대하여 2025. 8. 22. 부터 이 사건 소장부본 송달일까지는 민법 소정의 연 5%로 계산한 지연손해금 및 그 다음날부터 다 갚는 날까지는 소송촉진 등에 관한 특례법 소정의 연 12%로 계산한 지연손해금을 각 지급할 의무가 있습니다.

## 3. 피고 특정에 관한 계획

피고가 이 사건 계정을 익명으로 운영하고 있기 때문에, 원고는 피고를 특정할 수 있는 인적 사항을 모릅니다. 피고의 성명이나 송달 가능한 주소는 스핀스핀을 운영하는 메타페스 주식회사(갑 제 3 호증) 또는 주식회사 위버스컴퍼니(갑 제 21 호증)에서 보관하고 있을 것으로 보이는 바, 위 회사들을 상대로 사실조회신청을 통해 계정 정보를 확보하고자 합니다. 원고는 위 절차를 통하여 피고의 인적사항을 확인하고, 성명과 주소가 파악되는 즉시 당사자 표시정정 신청서를 제출할 계획입니다.

## 4. 결론

이상에서 살펴본 바와 같이, 피고가 원고를 지속적·반복적으로 모욕하여 불법행위를 행해 온 것이 명백하므로, 원고의 청구를 전부 인용해 주시기 바랍니다.

법무법인(유한) 신 원    06645 서울시 서초구 서초대로 48길33, 401호(서초동, 허브원빌딩)
T 02 523 0232  F 02 525 0224

# 입증방법

갑 제1호증:    투어스 소개글
갑 제2호증:    피고의 X 계정
갑 제3호증:    피고의 스핀스핀 계정
갑 제4호증:    피고 게시물(2025. 6. 24.)
갑 제5호증:    피고 게시물(2025. 6. 25.)
갑 제6호증:    피고 게시물(2025. 6. 26.)
갑 제7호증:    피고 게시물(2025. 6. 27.)
갑 제8호증:    피고 게시물(2025. 6. 27.)
갑 제9호증:    피고 게시물(2025. 6. 28.)
갑 제10호증:    피고 게시물(2025. 6. 28.)
갑 제11호증:    피고 게시물(2025. 6. 29.)
갑 제12호증:    피고 게시물(2025. 6. 29.)
갑 제13호증:    피고 게시물(2025. 6. 29.)
갑 제14호증:    피고 게시물(2025. 6. 30.)
갑 제15호증:    피고 게시물(2025. 7. 3.)
갑 제16호증:    피고 게시물(2025. 7. 5.)
갑 제17호증:    피고 게시물(2025. 7. 9.)
갑 제18호증:    피고 게시물(2025. 7. 10.)
갑 제19호증:    피고 게시물(2025. 7. 11.)
갑 제20호증:    피고 게시물(2025. 7. 11.)
갑 제21호증:    피고 게시물(2025. 7. 29.)
갑 제22호증:    피고 게시물(2025. 7. 29.)
갑 제23호증:    피고 게시물(2025. 8. 3.)
갑 제24호증:    피고 게시물(2025. 8. 4.)
갑 제25호증:    피고 게시물(2025. 8. 5.)
갑 제26호증:    피고 게시물(2025. 8. 13.)
갑 제27호증:    피고 게시물(2025. 8. 14.)
갑 제28호증:    피고 게시물(2025. 8. 17.)
갑 제29호증:    피고 게시물(2025. 8. 22.)
갑 제30호증:    피고 게시물(2025. 8. 22.)

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

# 첨 부 서 류

1. 불법행위 유형별 적정한 위자료 산정방안
2. 소송위임장


2025.   9.   16.


원고 소송대리인

법무법인(유한)신원

담당변호사 김진욱

백경태



개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

# 불법행위 유형별 적정한 위자료 산정방안

2017. 1.

위자료 연구반<sup>※</sup>

---

※ 그동안 우리나라의 위자료 인정액이 법 공동체의 건전한 상식, 국가 경제규모, 해외 판례 등에 비추어 지나치게 낮게 형성되어 있으므로 제반 사정을 고려하여 보다 현실화할 필요가 있다는 말씀이 법원 내외에서 지속적으로 제기되어 왔습니다.

　지난 2016. 7. 20. 대전지방법원이 주최한「전국 민사법관 포럼」에서「불법행위 유형에 따른 적정한 위자료 산정방안」초안이 발표되었습니다. 우리 연구반은 전국 5개 지방법원 소속 법관들로 구성되어, 2016. 7.부터 2016. 10.까지「교통사고, 대형재난사고, 영리적 불법행위, 명예훼손 등 불법행위 유형의 선정」,「불법행위 유형별 기준금액 설정」,「특별가중사유 및 가중 범위」,「일반증액·감액사유 및 조정 범위」등에 관하여 면밀히 검토하고 보완하였습니다. 이러한 과정을 거쳐 지난 2016. 10. 20. 사법연수원이 주최한『사법발전을 위한 법관세미나(민사)』에서「불법행위 유형별 적정한 위자료 산정방안」최종안이 마련되었습니다.

　이 파일은「불법행위 유형별 적정한 위자료 산정방안」이 널리 활용됨으로써 보다 더 합리적인 위자료 산정실무가 확고하게 정착되기를 기대하면서, 주요 내용을 발췌하여 정리한 것입니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

## 1. 불법행위 유형별 특수성

### 가. 교통사고

교통사고의 경우 서울중앙지방법원 교통·산재실무연구회가 경제 여건의 변화 등을 감안하여 교통사고로 사망한 피해자의 위자료 기준금액을 설정하여 이를 공표하고, 이를 각급 법원에서 채택함으로써 교통사고 위자료 산정실무의 기준이 되어 왔다.

위 실무연구회는 2015. 1. 교통사고 사망 피해자 위자료 기준금액을 1억 원으로 설정하여 이를 공표하였고, 현재 각급 법원에서 채택 중이다. 이에 가해자의 단순 과실로 피해자가 사망한 경우를 전제로 하는 특별가중 이전의 교통사고 위자료 기준금액을 1억 원으로 삼는다.

### 나. 대형재난사고

대형재난사고는 당연히 기대되는 안전성의 결여가 빚은 대형 참사로서, 가해자의 불법성에 대한 비난의 정도가 매우 크고, 다수의 피해자에게 참혹한 결과가 발생하며, 피해자가 사망하는 경우 그 시신이 심각하게 훼손되는 등 수습에 어려움을 겪는 경우가 많고, 사고 발생의 원인과 책임 소재의 규명 및 배상과 관련한 분쟁이 오랜 기간 계속되는 경향이 있으며, 이러한 사유로 말미암아 피해자와 유족의 분노와 울분 등 정신적 고통이 심하게 가중되는 점을 위자료 산정에 반영하여야 한다. 또한, 신속한 사고 수습과 손해의 확대 방지 요청, 동종 사고 발생의 억제와 예방의 필요성도 위자료 산정의 참작요소로 삼을 필요가 있다.

대법원은 항공기 사고의 경우 피해 승객의 과실이 개입될 여지가 거의 없는 점, 항공기 사고로 인한 피해결과 및 고통의 정도가 자동차 사고 등 다른 사고보다 중한 점, 항공기 사고에 관한 책임의 소재, 범위, 배상액을 둘러싸고 항공운송인 측과 피해자 측의 견해 차이로 최종적인 피해보상에 장기간 소요되는 경우가 많은 점 등의 특수한 사정을 위자료 산정 시 고려하여야 하고 자동차 사고 등에 통용되고 있는 정형화된 위자료 기준을 획일적으로 적용하여서는 아니된다는 입장이다(대법원 2009. 12. 24. 선고 2007다77149 판결).

이러한 점을 종합하여 대형재난사고로 인한 사망 시 위자료 기준금액은 교통사고의 경우보다 상향된 금액으로서, 2억 원으로 설정한다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

### 다. 영리적 불법행위

영리적 불법행위는 기업이 영리추구의 과정에서 소비자와 일반인에게 피해를 입힌 경우로서, 인간 생명과 신체의 존엄을 도외시한 채 경제적 이익의 획득에만 치중하였고, 이로 말미암아 사회 일반에 생활필수적인 재화와 용역의 인체안전성과 무해성 등에 관한 불신과 공포·불안을 야기하였으며, 사업의 규모와 경제적·사회적 영향력에 상응하는 기본적 윤리의식과 이에 대한 일반의 신뢰와 기대를 저버렸다는 점에서 가해자에 대한 비난의 정도가 매우 크고, 이로 인하여 피해자와 유족의 정신적 고통이 심하게 가중되며, 나아가 이와 같은 불법행위의 예방과 억제가 가능한 정도의 배상이어야 피해자와 유족의 정신적 고통의 회복이 가능하게 되는 점을 위자료 산정에 반영하여야 한다. 특히 불법행위의 성립과정, 태양 및 가해자와 피해자 상호지위의 호환불가 등 교통사고에 의한 불법행위와는 전혀 성격을 달리하는 점을 고려할 필요가 있고, 이에 더하여 대형재난사고에서 본 바와 같은 특수한 사정도 영리적 불법행위의 위자료 산정 시 마찬가지로 반영할 필요가 있다.

이러한 점을 종합하여 영리적 불법행위로 인한 사망 시 위자료 기준금액은 3억 원으로 설정한다.


### 라. 명예훼손

명예훼손과 신용훼손의 경우 피해자는 인격권 침해로 정상적인 개인생활·사회생활·경제활동을 할 수 없고 회복이 불가능할 정도로 심각한 피해를 입게 되나, 이를 산술적·경제적·재산적 수치로 계량화하여 배상하기는 어려워 충분한 재산상 손해의 전보가 사실상 곤란한 점을 위자료 산정에 적극적으로 반영하여야 한다. 즉, 명예·신용훼손으로 피해자의 기존 생활과 경제적·사회적 활동이 회복 불가능한 상태에 이른 중대한 피해가 발생한 경우 피해자는 일반과실에 의한 불법행위로 사망한 것 이상으로 정신적으로 크나큰 고통을 겪을 수 있는 만큼, 이를 전제로 한 위자료 기준금액의 설정이 필요하다. 다만, 피해가 경미한 정도를 넘어 상당한 정도에 이르렀지만 위와 같은 중대한 피해에 이르지 아니한 경우에는 위자료의 기준금액을 구분하여 설정하는 것을 고려할 필요가 있다.

「중대 피해」는 피해자의 기존 개인생활·사회생활·경제활동에 미친 영향이나 훼손된 명예·신용의 가치가 중대한 경우를 의미한다. 대표적으로 직업 또는 사회적 지위가 박탈되거나 직업적·사회적 활동에 현저한 지장이 있는 경우, 사업자의 신용, 상호·상표의 가치가 현저히 저하되어 영업을 유지하기 어려운 경우 등이 이에 해당한다.

「일반 피해」는 피해자의 기존 개인생활·사회생활·경제활동에 미친 영향이나 훼손된 명예·신용의 가치가 경미한 정도를 넘어 상당한 정도에 이른 경우로서, 위와 같은 「중대 피해」에 이르지 아니한 경우를 의미한다.

## 2. 단계적 산정방안 채택

위자료에 관한 심리는 「해당 유형 포섭 여부에 관한 심사」 ➡ 「기준금액의 특별가중사유 유무에 관한 심사」 ➡ 「위자료 증액·감액사유 유무에 관한 심사 및 위자료 액수 결정」 순의 3단계로 진행된다.

이와 같은 3단계 산정방법론은 다른 불법행위 유형과 비교하여 1단계부터 「급격하게 고액인 기준금액」을 설정하지 아니하더라도 단계적·차등적 위자료의 산정이 가능하고, 특히 가해자의 행위불법적 요소가 피해자에게 미치는 영향 등 당해 불법행위의 개별적 특수성을 위자료 산정에 반영할 수 있어 불법행위 유형에 따라 구체적 산정방안을 마련하는 데에 적합하다는 장점이 있다.

### 3. 불법행위 유형별 기준금액의 설정

위에서 살펴 본 바와 같은 위자료의 본질, 법적 성격, 위자료 산정 사례, 비교법적 검토, 불법행위 유형별 특수성과 현 시대의 제반 여건 등을 종합하여 불법행위 유형에 따라 설정한 위자료 산정 기준금액은 다음과 같다.

| 불법행위 유형 | | 기준금액 |
|---|---|---|
| 교통사고 | | 1억 원 |
| 대형재난사고 | | 2억 원 |
| 영리적 불법행위 | | 3억 원 |
| 명예훼손 | 일반 피해 | 5,000만 원 |
| | 중대 피해 | 1억 원 |

### 4. 특별가중사유 및 가중금액의 설정

#### 가. 특별가중사유의 구성방안

위자료의 기준금액을 가중하는 특별가중사유는 가해자 요소(행위불법의 중대성)만으로 단일하게 구성하였다. 즉 피해자 요소(결과불법의 중대성)는 원칙적으로 고려하지 않는다.

#### 나. 유형별 특별가중사유의 구성

가해자의 행위불법적 요소를 중심으로 한 특별가중사유의 불법행위 유형별 구성 방안은 다음과 같다.

#### (1) 교통사고

교통사고 가운데 ① 가해자가 사고 후 도주한 경우, ② 음주운전·약물운전 등으로 인한 사고인 경우, ③ 교통사고처리 특례법 제3조 제2항 단서 중 위법성이 중한 경우, ④ 난폭운전으로 인한 사고인 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(2) 대형재난사고

대형재난사고 가운데 ① 가해자의 범죄행위로 인하여 발생한 사고인 경우, ② 부실 설계·시공·제작에서 기인한 사고인 경우, ③ 관리·감독, 운영상의 중대한 주의의무 또는 안전의무 위반이 사고의 원인이 된 경우, ④ 관리·감독기관과 운영 및 시공 업체 등의 결탁·담합·은폐·조작·묵인 등이 있었던 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(3) 영리적 불법행위

영리적 불법행위 가운데 ① 가해자의 고의 또는 중과실에 의한 행위로 발생한 사고인 경우, ② 영리행위를 시작하거나 지속하기 위한 수단 또는 방법이 사회통념상 허용될 수 없을 정도로 부정한 수단·방법에 의한 경우, ③ 영리행위로 인한 가해자의 이익 규모가 현저히 큰 경우, ④ 생명·신체의 안전에 대한 직접적인 위해가능성 또는 재화·용역에 대한 의존성이 큰 경우, ⑤ 사회적 신뢰를 현저히 손상한 경우를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

(4) 명예훼손

명예훼손 및 신용훼손 행위 가운데 ① 허위사실에 기한 행위, ② 특정인을 모함하여 그 직업이나 사회적 지위를 유지하지 못하도록 하는 행위 또는 경쟁자에게 영업상 타격 등을 입히거나 그의 이익을 가로채기 위한 행위 등 악의적·모해적·영리적 행위, ③ 전파성·인지도·신뢰도 등을 고려할 때 영향력이 상당한 정도에 이르는 사람이나 단체의 행위 또는 이를 수단으로 하는 행위를 행위불법이 중하다고 보아 이를 특별가중사유로 구성한다.

다. 가중금액의 설정

특별가중사유가 인정되는 경우에는 1단계의 기준금액을 가중한다.

다만, 법관이 구체적인 사건의 개별·특수성에 비추어 특별가중사유가 2개 이상 존재하거나 특별가중사유의 정도가 중하여 가중금액만으로 손해의 전보에 충분하지 아니하다고 판단하는 경우에는 가중금액의 추가증액도 당연히 가능하고, 반대로 특별가중사유의 정도 여하에 따라서는 가중금액의 감액도 가능할 것이다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

또한, 명예훼손행위는 가해행위의 태양과 이에 따른 피해의 정도가 매우 다양하고, 이에 따라 훼손된 명예·신용의 가치가 매우 커서 1단계의 기준금액과 2단계의 가중금액만으로 손해를 전보하기 어려운 경우가 생길 수 있다. 이에 명예훼손의 경우 다른 불법행위 유형과 마찬가지로 가중금액을 기준금액의 2배로 하되, 그 훼손된 가치에 상응하는 실질적인 배상을 위하여 필요한 경우 기준금액의 2배를 초과하는 가중금액을 인정할 수 있도록 하고, 아울러 이와 같은 경우 그 가중의 한도를 설정하여 배상액 범위를 미리 한정하는 것은 적절하지 아니하므로, 법관이 구체적인 사건에 존재하는 개별·특수성을 참작하여 정하는 것을 전제로 산정 방안에 가중금액의 초과가중이 가능함을 명시하되, 그 가중의 한도는 설정하지 아니하였다.

### 라. 유형별 가중금액의 설정 방안

이상에서 살핀 바를 종합한 불법행위 유형별 가중금액 설정 결과를 정리하면, 아래와 같다.

| 불법행위 유형 | | 기준금액 | 가중금액 | |
|---|---|---|---|---|
| 교통사고 | | 1억 원 | 2억 원 | |
| 대형재난사고 | | 2억 원 | 4억 원 | |
| 영리적 불법행위 | | 3억 원 | 6억 원 | |
| 명예훼손 | 일반 피해 | 5,000만 원 | 1억 원 | 피해가 매우 중대한 경우 훼손된 가치에 상응하도록 초과 가능 |
| | 중대 피해 | 1억 원 | 2억 원 | |

## 5. 일반증액·감액의 사유 및 범위의 설정

### 가. 일반증액·감액사유의 설정

#### (1) 일반증액·감액사유의 설정 일반

산정방안이 3단계에서 제시하는 증액사유와 감액사유는 예시적인 것이다. 개별 사건에서 위자료의 구체적 액수를 정하는 데에 참작하여야 할 위자료의 증액사유와 감액사유를 빠짐없이 산정방안에 정리하는 데에는 현실적인 한계가 있기 때문이다.

일반증액·감액사유는 크게 행위불법 중심의 가해자측 사정과 결과불법 중심의 피해자측 사정으로 구분할 수 있고, 나아가 ① 행위불법 중심의 가해자측 사정은 (i) 가해자의 불법행위에 대한 과실 내지는 책임의 정도 및 가해행위의 동기와 (ii) 기타의 개별 사정으로, ② 결과불법 중심의 피해자측 사정은 (i) 피해자의 개별 사정과 (ii) 피해 회복의 정도로 구분할 수 있다. 이와 같은 구분에 기초하여 개별적인 일반증액사유와 일반감액사유를 구성한다.

#### (2) 일반증액사유의 설정

##### (가) 가해자의 과실·책임정도 및 가해행위의 동기

사고 발생 및 피해의 확대와 관련하여 가해자에게 비난가능성이 큰 경우를 일반증액사유로 구성한다.

##### (나) 가해자의 개별 사정

가해자가 피해 회복을 위한 진지한 노력을 기울이지 아니한 경우, 가해자가 피해자에게 손해배상청구권의 포기나 감액을 강권하거나 회유한 경우, 가해자가 증거를 은폐하거나 조작한 경우 또는 이를 시도한 경우를 일반증액사유로 구성한다.

##### (다) 피해자의 개별 사정

피해자가 사망하기까지 겪은 고통이 큰 경우, 피해자의 시신 훼손 또는 시신 수습의 어려움으로 인하여 유족이 겪는 고통이 큰 경우, 피해자가 아동·미성년자이거나 특별한 보호를 필요로 하는 경우를 일반증액사유로 구성한다.

### (3) 일반감액사유의 설정

#### (가) 가해자의 과실·책임정도 및 가해행위의 동기

천재지변이나 기타 가해자의 책임으로 돌릴 수 없는 외부의 사정이 경합하여 사고가 발생하거나 가해자의 과실이나 책임이 매우 경미한 경우 등 사고의 발생경위에 특히 참작할 사유가 있는 경우를 일반감액사유로 구성한다.

#### (나) 가해자의 개별 사정

가해자가 사고 후 피해자의 구호와 사고 수습을 위한 진지한 노력을 기울인 경우, 가해자가 지속적으로 피해의 회복과 합의를 위하여 최대한의 노력을 기울인 경우를 일반감액사유로 구성한다.

#### (다) 피해자의 개별 사정

피해자에게 사고의 발생 또는 피해의 확대에 과실이 있는 경우로서, 그 과실이 1단계에서 기준금액을 감액하는 데에 반영되지 아니하였거나 반영되었더라도 추가적인 감액의 필요성이 있는 경우를 일반감액사유로 구성한다.

#### (라) 피해 회복의 정도

피해자가 가해자로부터 상당한 금액의 손해배상금이나 관련 법령에 의한 보상을 받은 경우와 피해자가 가해자 또는 제3자로부터 위로금 또는 합의금을 지급받은 경우를 일반감액사유로 구성한다.

### 나. 일반증액·감액 범위의 설정

개별 사건에서 구체적 타당성을 도모할 수 있어야 하고, 각각의 유형별 위자료 산정방안의 적용 시 통일성을 확보할 필요가 있음을 고려하여, 모든 유형의 위자료 산정방안에 적용되는 일반증액·감액의 범위를 일률적으로 ±1/2 범위 내로 정한다.

**다. 구체적 위자료 액수의 결정**

산정방안이 제시하는 일반증액·감액사유는 앞서 본 바와 같이 예시적인 것이므로, 개별 사건의 구체적 특수성을 반영하여 적정한 위자료 액수를 정하는 데에 필요한 경우 위자료의 액수를 증액 또는 감액하는 것도 가능하다.

이에 따라 1단계 기준금액과 2단계 특별가중을 거쳐 산정된 위자료 액수를 ±1/2 범위 내에서 증액하거나 감액하여 해당 사건의 구체적인 위자료 액수를 정한다.

이러한 최종적인 위자료 결정 단계에서는 피해의 정도, 특별가중사유, 일반증액·감액사유 등을 비롯하여 개별 사건에 존재하는 위자료 산정에 참작할 구체적이고 개별적인 사유를 종합적으로 고려한다.



# 소 송 위 임 장

| 사 건 | 손해배상(기) |
|---|---|
| 원 고 | 한전(HAN ZHEN) |
| 피 고 | 성명불상자 |

위 사건에 관하여 아래 수임인을 소송대리인으로 선임하고, 아래에서 정한 권한을 수여합니다.

| 수 임 인 | **법무법인(유한)신원** <br><br> 주 소 : 서울 서초구 서초대로 48 길 33, 허브원빌딩 401 호(서초동) <br><br> 전 화 :  (02) 523 - 0232       팩스 : (02) 525 - 0224 |
|---|---|

| 수 권 사 항 | **(1) 일체의 소송행위 (2) 변제의 수령 (3) 상소의 제기 (4) 반소의 제기 및 응소 (5) 재판상 또는 재판외의 화해 (6) 복대리인의 선임 (7)공탁, 공탁물 및 그 이자의 반환청구와 수령 (8)담보권 행사 최고 신청, 담보취소신청, 동 신청에 대한 동의 (9) 제증명 발급에 대한 권한 (10) 기타특별수권사항 [권한을 부여하면 ○표시, 보류하면 ×표시]** |
|---|---|

| | 기타 특별수권사항 | 수권여부 |
|---|---|---|
| **소의 취하** | 제기된 소송의 전부 또는 일부를 철회하여 소송을 종료할 수 있는 권한 | O |
| **상소의 취하** | 원심을 유지·확정하면서 상소의 신청을 철회할 수 있는 권한 | O |
| **청구의 포기** | 위임인의 청구가 이유 없다고 인정하여 소송을 종료할 수 있는 권한 | O |
| **청구의 인낙** | 상대방의 청구가 이유 있다고 인정하여 소송을 종료할 수 있는 권한 | O |
| **소송탈퇴** | 제 3 자가 소송에 참가한 경우 그 소송에서 탈퇴할 수 있는 권한(민사소송법 제 80 조에 따른 탈퇴) | O |

2025 년     9 월     일

위임인    한전(HAN ZHEN) (2006. 1. 5.)  

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51



개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

발급번호 : 2025본안-368574호    (제출용)    발급일시 : 2025.09.11. 15:37

# 경 유 확 인 서



증표종류 :  **본안(일반)**

증표번호 :  **25001-265794**

회 원 명 :  **법무법인(유한) 신원**

　　본회는 변호사법 제29조(변호인선임서 등의 지방변호사회 경유)에 따라 위 회원이
아래 사건에 대한 소송위임장(변호인 선임서 포함)을 본회에 경유하였음을 확인합니다.

- 아 래 -

관할기관 :  서울서부지방법원

사건유형 :  민사 1심

사건번호 :  미정

사 건 명 :  손해배상(기)

위 임 인 :  원고 한전(HAN ZHEN)

상 대 방 :  성명불상자

## 2025. 09. 11.

# 서 울 지 방 변 호 사 회



위 확인서를 법원, 수사기관, 기타 공공기관에 제출한 후에 재출력, 복사, 수정하여 재사용한 경우에는
형법 제 231조(사문서등의 위조·변조),제 234조(위조사문서등의 행사)에 따라 처벌받을 수 있습니다.
또한 위 확인서는 서울지방변호사회 수임사건 경유업무 시스템(https://via.seoulbar.or.kr)에서 진위
여부를 조회할 수 있으니 참고하시기 바랍니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

# 담 당 변 호 사 지 정 서

| 사 건 | 손해배상(기) |
|---|---|

| 당 사 자 | 원 고      한전(HAN ZHEN) |
|---|---|
| | 피 고      성명불상자 |

위 사건에 관하여 당 법무법인(유한)은 변호사법 제50조 제1항에 의하여,

위 **원고의 소송대리인**으로서 위 업무를 담당할 변호사를 다음과 같이 지정합니다.

| 담당변호사 | 변호사 김진욱, 변호사 이소희, 변호사 백경태, |
|---|---|
| | 변호사 정광윤, 변호사 김혜은, 변호사 유민주, |
| | 변호사 우홍균, 변호사 안지윤, 변호사 김채영 |
| | TEL(02) 523-0232        FAX(02) 525-0224 |

2025.    9.    11.


법무법인(유한)신원

서울 서초구 서초대로 48길 33 허브원빌딩 401호(서초동)

대표변호사  김 진 욱



서울서부지방법원        귀중

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

# 접수증명 신청서

사     건          손해배상(기) 청구의 소

원     고          한전

피     고          성명불상자


위 사건에 대한 소장 이(가) 접수되었음을 증명하여 주시기 바랍니다.



2025.   9.   16.


원고 소송대리인

법무법인(유한)신원

담당변호사 김진욱

백경태

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

TWS

---

| KOR | ENG | GALLERY | JPN | CHN |

TWS

# TWS

TWS는 'TWENTY FOUR SEVEN WITH US'의 약어다. 하루를 뜻하는 숫자 24와 일주일을 뜻하는 숫자 7은 '모든 순간'을 의미한다. 즉, '언제나 TWS와 함께'라는 의미를 내포하고 있다. 이들은 음악을 통해 시간과 공간을 초월한 모든 순간, 대중과 팬의 평범한 일상을 특별하게 만들어주는 소중한 친구가 되고자 한다.

TWS는 일찌감치 'K-팝 최고 기대주'로 꼽혀왔다. 플레디스 엔터테인먼트가 세븐틴 이후 무려 9년 만에 선보이는 보이그룹이자 하이브 레이블즈가 자신 있게 내세운 2024년 첫 주자이기 때문이다.

탄탄한 퍼포먼스 실력과 비주얼, 탁월한 음악 감각을 지닌 6명(신유, 도훈, 영재, 한진, 지훈, 경민)의 최정에 멤버가 뭉쳤다. 이들은 맑고 청량한 팀 아이덴티티에서 확장한 독자적 장르 보이후드 팝(Boyhood Pop)을 내세운다. 보이후드 팝은 일상 속에서 아름다운 감상을 불러일으키는 환상적이고 감각적인 음악을 일컫는다.

데뷔      2024.01.22

데뷔곡      첫 만남은 계획대로 되지 않아

멤버      신유, 도훈, 영재, 한진, 지훈, 경민

홈으로

  

**신유**            **도훈**            **영재**

갑 제1호증





DISCOGRAPHY

GALLERY

VIDEO

NOTICE



**한진**                    **지훈**                    **경민**



## 데뷔

2024.01.22

Pledis

Copyright(c) 2025 PLEDIS ENTERTAINMENT. All rights reserved.

개인정보유출출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

X

← 샘
1,957 게시물

팔로우

**샘**
@unplu99edboyss

개구리 아카이브 ΦΔΦ

가입일: 2025년 4월

**22** 팔로우 중    **1,899** 팔로워

| 게시물 | 답글 | 하이라이트 | 미디어 |

📌 메인에 올림
**샘** @unplu99edboyss · 8월 13일    ···
데뷔 2년차에 #한진 이 이룬 것들(2)



**샘** @unplu99edboyss · 8월 6일
데뷔 2년차에 #한진 이 이룬 것들

0:37

💬 52       🔁 958       ♡ 1.5천       📊 99만       🔖   ⬆️

**샘** @unplu99edboyss · 8월 6일    ···
데뷔 2년차에 #한진 이 이룬 것들

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.





0:00 / 0:37

💬 19    🔁 5.2천    🤍 4.7천    📊 488만    🔖    📤

샘 @unplu99edboyss · 8월 9일                                           ···
@unplu99edboyss 님에게 보내는 답글
한진 에그타르트 사건

투어스 한진이 에그타르트를 하.. 싸비 설명도 힘들다 그냥 영상으로 보시죠

0:00 / 0:08

💬 9    🔁 7.1천    🤍 1.3천    📊 538만    🔖    📤

샘 @unplu99edboyss · 5월 25일                                          ···
투어스 고대 비공으로 돌린이유 한진이 마이크 던져서 립싱인거 들킴 씸민페구나

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

💬 45    🔁 1.8천    ♡ 890    📊 101만    🔖    ⬆️

샌 @unplu99edboyss · 8월 9일    ···
@unplu99edboyss 님에게 보내는 답글

한진 웰래웰래 사건

투어스 한진이 위버스 라이브를 하던 중 갑자기 '웰래웰래'라는 알 수 없는 말(본인이
자켓에서 한 말이라고 함)을 외치더니 그것을 이해하지 못한 멤버들을 잡도리한 사건
이다. 고혈압 환자는 시청 시 주의 요망.

💬 7    🔁 656    ♡ 651    📊 30만    🔖    ⬆️

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

열람용

최신 소식을 놓치지 마세요

X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

열 람 용

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

열람용

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

𝕏

열람용

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

열람용

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

X

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

𝕏

**최신 소식을 놓치지 마세요**
X 사용자들은 가장 먼저 새 소식을 듣습니다.

최신 소식을 놓치지 마세요
X 사용자들은 가장 먼저 새 소식을 듣습니다.

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

개인정보유출우려 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51



열 람 용

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51





회원가입/로그인

익명
한 달 전

한멤버만패는 알계팔로워수가 이정도인게 한진에대한 팬덤내반응이어떤지 다보여준다봄 거기다 줄지않고 늘죠 빠르게..





**후 한의원 강남**
후한의원

샌드
한 달 전

이런 말 하면 또 개구리동호회누님들 발작해서 한진이 패는 분위기에 질려서 정상팬들이 떨어져 나가는거 모름?< 같은 개구리소리 개굴개굴 하신다꼬 

 선물하기 

 스타 선물로 마음을 전해보세요.

열람용

샌드
팔로워 2

샌드님에게 요청을 보내보세요. 

**샌드님에 대해 더 알아보세요!**

샌언니 혹시 느엄무쥬아 그거 원본이 폭삭속앗수다야? 나어제 처음알앗어...나는원본 넘우 궁금해

샌 결국 탈주했구나

왜 뭐야 어디가는거 아니져ㅠㅠ

웅니 나 머뷔 초반에 잡고 간잽하다 그 분 때문에 못 참고 탈빠 했었는데 최근에 모두가 알게 되어서 성불할거 같아 나만 그런게 아니라 안심이긔

오늘 한진을 지켜라 총공한대 쩐나쌰비웃겨

천천히해요 언니 우리 오래오래 해야하잖아

갑 제3호증

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시:2025.09.16 10:51

나 요즘 위버스가 왜이리 편안한가 했더니 쩐자님이 일주일 넘게 안 오고 계셨구나 몰 랐 어 느무좋아 위버스 이 상태로 쭉 가자

영숭이모 진짜 시발 진짜 쩐자님한테 위버스 얘기해서 금방 돌아올거래 ㅅㅂ!!!!!!!!

위버스 물어봤다던 영상 봄 ㅋㅋㅋㅋ... 표정봐라 이모야 눈치없어? 또 착한나에 취해서 미안금지짓하고 있네

샌아 쩐자님 수호단 외퀴들 성명서 운동하는데 걍 가만 있어야 하니 ㅠㅠ 답답해 미치겠네

샌이 바빠서 못오는건 ㄱㅊ은데 폐급어머니들 샌이 도망갔다생각할까봐 걱정이네

근데 한진 왜 요즘 위버스 안왔던거야??? 나진ㅋ자몰라안좋은말보기싫어서??? ㅈㄴ위버스알림꺼서몰랐어.. 트위터도 오랜만에ㅓ들어옴..

솔직히 외퀴들도 은근히 샌스페 기다리는중일듯 지들도 올라오고싶어서

스페 또 언제켜여 항상 놓침

샌아 이번주에도 스스해??

열 람 용

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드

 샌 @unplu99edboyss · 6월 24일

투어스 한진 폐급으로 봤는데 진짜 폐급이었다

💬    ↻ 3    ♡ 23    📊 2.3천    🔖    ⬆️

 샌 @unplu99edboyss · 6월 24일    ···

한진이네요 앞으로 폐급대신 한진이라는 단어 쓰겠습니다!

> 펑!(플레디스터지는소리) @whwrktlqkfdlsto · 6월 24일
>
> 21살짜리 애가 부모님한테 밥 얻어먹었다고 폐급소리 듣는게 맞나싶네요 다들 폐급 뜻은 알고쓰시는건 맞죠..?
>
> "폐급"은 주로 한국 군대에서 사용하는 속어로, 업무 수행 능력이 매우 부족하거나 사고를 자주 치는 사람, 또는 인격적으로 문제가 있는 사람을 비하하는 표현입니다. "폐급"이라는 단어는 원래 보급품이 사용 불가능한 상태를 뜻하는 군사 용어에서 유래되었지만, 사람에게 적용될 때는 해당 인물이 더 이상 쓸모가 없거나 도움이 되지 않는다는 의미로...

갑 제4호증

💬    ↻ 30    ♡ 47    📊 8.8천    🔖    ⬆️

개인정보을출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로9

**샌** @unplu99edboyss · 6월 25일

가정교육은 우리가 알수 없는 부분이고 부족하면 열심히 하면 돼, 옆에서 도와
주면 돼 <이런 말을 플디에서 하긴 했을거가틈ㅋㅋ 그게 아니고서야 도움반 다
섯명 거느리면서 눈곱만큼의 수치심도 느끼지 않을리가 🤣

**Spin spin**

샌아 내가 생각해봤는데 폐급이 진짜 어디 모자른거면 어릴
때부터 부족하면 열심히 하면 돼 ← 이 얘기들으면서 컸을거
같지않어?? 그래서 자기는 부족한게 당연한거고 그니까 누가
도와주는것도 당연한거 거기에 열심히(자기 기준)했으니까
양심가책도 없는거지

샌아 내가 생각해봤ㅡㄴ데 폐급아 진짜 어디 모자른거ㅂ 어릴 때부터 부족하면 열심_

출처: spin-spin.com

💬          ↻ 3          ♡ 25          ᴫ 1.3천          🔖    ⬆



개∨경보응출조의·제출자:법무법인(유한)시원·제출일시:2025.09.16.10:46·다음으로 옆
울어스오빠뻘이 자갼외근무 1.5배와 22시 이후 야간수당2배 청구해서 꼭 받아내
셨으면 좋겠어 폐급이가 본인 정산금에서 지급해주시고🙏



---

**Spin spin**

울어스들 좆뺑이는 한남5명이 하는데 정산은 시발 폐급새끼
껴서 똑같이 엔빵 했다고 생각하니까 너무 혈압올라서 쓰러질
것 같음 어질어질함

울어스들 좆뺑이는 한남5명이 하는데 정산은 시발 폐급새끼껴서 똑같이 엔빵 했다...

출처: spin-spin.com

○        ↻ 1        ♡ 21        📊 1천        🔖  ⬆

---

샌 @unplu99edboyss · 6월 26일        ···
아이돌은 가수입니다..
한진은 폐급입니다..



spin-spin.com
아이돌은 가수입니다.. | SpinSpin 리퀘박스

갑 제6호증

○        ↻ 3        ♡ 21        📊 1.2천        🔖  ⬆

헐 그럼 폐급이는 목관리 할 필요가 없어서 빽빽 소리 처,지르셨던 건가? 근데 좀 하지 그랬오ㅠㅠ 목관리 안해서 씨쯕 빽싸리 난거아냐 애궁 😅 그걸로 반년 은 우려먹을건데 이를 우짜나 🫠



spin-spin.com
콘 전날 라방에서 그 ㅈㄹ한 건 진짜 다시 생각해도 너무 화남 지는 파트도 없어서 목관리 안 해도 | SpinSpin 리 퀘박스

💬    🔁 3    ♡ 33    ▥ 1.7천    🔖 ⬆

 샌 @unplu99edboyss · 6월 27일    ···
그건 누나처럼 양심의 가책과 수치심이란 걸 느낄 풀 이는 사람한테나 해당되는 이야기지 폐급이가 그런걸 느낄수 있을것같아?! 😌 기존세도 아니고 그냥 태초 부터 그런 걸 느낄 수 없는 사람같아서 폐름둘기



spin-spin.com
멘탈이 진짜 센 거 같은게 나였으면 악플이 문제가 아니 라 걍 멤버들한테 미안해서 멘탈 갈리고 힘들었ㅣ SpinSpin 리퀘박스

💬    🔁 3    ♡ 21    ▥ 1.4천    🔖 ⬆

 샌 @unplu99edboyss · 6월 27일    ···
대형 비교한 짤 보니까 오히려 사이드로 빠지는게 멀 썰러 보이던데 🤔 독보적 으로 작으니까 지금처럼 중앙에 배치된거 본인한테도 너무 마이너스야 솔직히 더 클 것 같지도 않고 🤣



*Spin spin*

혼자 키가 개껌딱지만하니까 센터로 가지 않을까..싶슨깔창 없으신 날엔 혼자 움푹 꺼져 있은 ㄱㅁㅈㅎ은 활동하면서 키 도 자랐는데 동생라인에서 유일하게 모든 성장이 제로라는

혼자 키가 개껌딱지만하니까 센ㅌ 기 않을까 싶슨깔창 없으신 날엔 혼자 움푹 ...

출처: spin-spin.com

💬 1    🔁 1    ♡ 24    ▥ 1.5천    🔖 ⬆

 샌 @unplu99edboyss · 6월 27일 ···

어느 판이든 교환 양도 분철 어려운 비인기 멤버가 존재하지만 이분은 진짜 뭔앤
온리셔 비인기도 아니야 비인기라고 하는 건 다른 그룹 비인기멤버들에게 실례
임. 이 분은 무인기임. 없을 무.

---

**8pin spin**

다른판 있을때는 최애 아닌멤 포카 뽑아도 교환 금방됐는데
여기선 ㅎㅈ뽑으면 진짜.. 그 절망감은 이루 말할 수 없음ㅠㅠ
그정도로 교환 양도 절대안됨 ㅎㅈ팬들도 안 사가는 ㅎㅈ포
카

다른판 있을때는 최애 아닌멤 포카 뽑아도 교환 금방됐는데 여기선 ㅎㅈ뽑으면 진...

---

출처: spin-spin.com

○ 1          ⇄ 2          ♡ 26          ㎒ 2.3천          🔖  ⬆

---



샌 @unplu99edboyss · 6월 27일 ···

어머 얘 또 깊생할라 그러네 읍씨 그런 깊생 하지말고 무지성 폐급 탈퇴 폐급 둘
기나 외치자 🫠 그리고 그분이 탈두글자를 안하더라도 폐급단을 줘패는건 또 다
른 이야기야 힘내서 폐급단 줘패야지 이것아

spin-spin.com
하 근데 ㄹㅇ 탈퇴할 가능성 0%겠지...눈물밖에안나온
다 | SpinSpin 리퀘박스

갑 제8호증

○          ⇄ 4          ♡ 27          ㎒ 2.4천          🔖  ⬆

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드

샌 @unplu99edboyss · 6월 28일    ···

폐급이 유일한 재주가 그거잖아 짜치는 행동만 골라해서 내 안의 어떤 혁명 마려운 피를 끓게 함 진심으로 이분을 볼때마다 항쩐운동 마려워 한쩐 제국주의에 대한 항거를 하고 싶음



*8pin spin*

스밍 인증 올릴 때 입덕한지 얼마 안돼서 파오차이 논란 이런 거 전혀 몰랐을 땐데 맨날 위버스에 저지랄하고 중국어 알림 폭탄 오는거 보고 이새끼 뭐하는거지? 싶었음 진짜 짜치는 행동만 골라하는 재주가 있으심

스밍 인증 올릴 때 입덕한지 얼마 안돼서 파오차이 논란 이런거 전혀 몰랐을 땐데 ...

출처: spin-spin.com

○    ⇄    ♡ 21    �ᵢₗᵢ 1.8천    🔖    ⬆

개인정보 제출주의 제출자:범부법열(윤한)신원 제출일시:2025.09.16.10:46 다운로드일

@unplu99edboyss 님에게 보내는 답글

다른 멤버가 하고 반응 좋았던 잼컷 지도 따라하고 싶었는지 쫀득ᴠᴠ하게 수 쓰는 표독스러운 모습📈 결국 본인이 했을땐 반응 개같이 구렸다는 점마저 뒤집어져 옶씨🤣



~ 한진이 소원 성취 중 ~

💬　　🔁 12　　♡ 44　　📊 5.3천　　🔖　🔗

 샌 @unplu99edboyss · 6월 28일 · · ·

제보 감사합니긔

> spin-spin.com
> 저도 제보 해도 될까염.. 2집 활동 시기에 공항 벌칙 하는 게임 첨 할 때 ㅎㅈ이 걸렸는데 걔 봐ㅣ SpinSpin 리쿼박스

<span style="color:red">갑 제10호증</span>

💬 1　　🔁 4　　♡ 28　　📊 2.8천　　🔖　🔗

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운

 샌 @unplu99edboyss · 6월 29일

뭐 잘못 만들어진 토끼인형도 있긴 있겠지 불량품. 투어스 한진씨 당신은 불량품 토끼입니다.

---

**Spin spin**

난 그분 모에화가 왜 토낀지 모르겠어 진짜 1도 토끼같지 않은데 인조인간, 애나벨인형이 더 잘어울림

난 그분 모에화가 왜 토낀지 모르겠어 진짜 1도 토끼같지 않은데 인조인간, 애나벨...

출처: spin-spin.com

◯          t⅃          ♡ 27          ⅊ 1.2천          ⊓          

---



샌 @unplu99edboyss · 6월 29일

그냥 저능하기만 하면 1시간 정도 패고 끝낼텐데 뇌절까지 처싸셔서 10시간동안 패게 만드는 재주가 있으심

> spin-spin.com
> 남의 라방에 껴서 또 여드름 얘기하고 가는 거 진짜 환멸난다 | SpinSpin 리퀘박스

갑 제11호증

◯          t⅃          ♡ 20          ⅊ 1천          ⊓

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로

샌 @unplu99edboyss · 6월 29일

폐급이가 쭙짜면 드는 감정 네글자로 요약 가능함 '지 랄 시 작'



출처: spin-spin.com

개인정보용 총추억 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드

 샌

난 이거 지능이 2세라서 그런거라고 생각할 진지하게ㅇㅇ 언더커버 네글자도 못 외우는거봐 멤버들 피드백도 뒤돌아서면 까먹는거지 그러게 3세용 퍼즐도 못 맞추는 지능을 왜 데뷔시킨건지 🤣

---

**8pin spin**

보통 다른 멤버들이 하지말라고 알려주면 안 하는 게 정상 아냐? 여드름 얘기 그만 하라고 몇번을 말했는데 무시하고 계속 하는 걸까? 하지 말라고 얘기를 안 한 것도 아니고... 나는 애들이 모닥불 때 왜 쟤한테 피드백을 안 해주는 거지 싶었는데 어제 보니까 그냥 해도 소용이 없었을 거 같네

보통 다른 멤버들이 하지말라고 알려주면 안 하는게 정상 아냐? 여드름 얘기 그만...

출처: spin-spin.com

💬    ↺ 1    ♡ 31    ‖ 1.4천    🔖 ↑

---

 샌 @unplu99edboyss · 6월 29일    ···

폐급어머니회누나들이 착즙기 풀로 가동해서 쥐어 짜내는 모습은 좀 궁금하긴 햐ㅋㅋ 그거 보고 있으면 우울증 약 처방이 따로 필요없을듯 한쩐 팬 하면 걸어 다니는 정신건강의학과 전문의가 되는구나 ㄷㄷ

---

**8pin spin**

아니 난 그냥 춤 릴스 많이 올려줬음 좋겠음.. 작두즈가 올려 주는 수준의 릴스 올려주길.. 벌써 2년차인데 언제까지 숨기 려고 애쓸거야 그분 팬들이 억빠하는 거 구경하는 것도 재밌 고ㅋㅋㅋㅋ 진짜 쪽팔림을 모르는 사람이라 그렇지 정상인이 었으면 팀에 민폐 끼치는 상황에선 잠 안 자고 드라마 안 보고 연습만 함

아니 난 그냥 춤 릴스 많이 올려줬음 좋겠음.. 작두즈가 올려주는 수준의 릴스 올려...

출처: spin-spin.com

💬    ↺    ♡ 21    ‖ 1.2천    🔖 ↑

 
갑 제13호증



샌

3세율 퍼플 정도는 혼자 맞춰야지, 답답해도 빽액 소리지르는 짓 하지 말아야지, 무대 설 일 있으면 마이크 놓치지 말아야지, 좀 작작 짜야지 등등 추가 부탁 👐
배울 점 많은거봐 모범폐급개구리ㄷㄷ

**Spin spin**

그래도 난 한진이 보면서 배우는 게 있어. 못한다고 징징거리지 말아야지, 열심히 했다는 말만 반복하면서 잘하지 못하는 걸 정당화하지 말아야지 등등.

그래도 난 한진이 보면서 배우는 게 있어. 못한다고 징징거리지 말아야지. 열심히 ...

출처: spin-spin.com

💬     ↻ 1     🤍 22     📊 1.4천     🔖 ↥

샌 @unplu99edboyss · 6월 30일                    ···
으이구 으이구 순진한 누나 좀 보게나? 개가 똘을 끊지 폐급이가 소리지르기랑 중국어재난문자를 끊겠니?😝 곧이다 곧이야. 지금은 더 큰 사자후를 위한 원기옥 타임인거긔

**Spin spin**

요즘 소리 안지르고 위버스에 중국어도배도 덜하던데 좋게 말할 때 쳐듣지 왜 꼭 이렇게까지 지랄을 해야 바뀌는 건지 도통 이해가 안됨

요즘 소리 안지르고 위버스에 중국어도배도 덜하던데 좋게 말할 때 쳐듣지 왜 꼭 이...

출처: spin-spin.com

💬     ↻ 1     🤍 26     📊 1.4천     🔖 ↥

정쌤윤합법인(제출자:법무별인유한)신원 제출일시:2025.09.16.10:46 다운로드

@unplu99edboyss 님에게 보내는 답글

투어스 한진씨 안 죄송하지만 당신 얼굴에 여드름 나는 거 하나도 웃기지 않습니다 하나도 안웃기고 얼굴을 좀 씻으십시오 라는 말을 하고 싶어집니다 하나도 안웃기고 입맛이 떨어집니다 하나도 안웃기고 토가 나옵니다 역류성식도염 절릴 것 같습니다 부디부디 좆드름 어필을 멈춰주시고🙇🙏





개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일시

잰 @unplu99edboyss · 7월 5일

정확히 왜 다친건지에 대해서는 알수 없는 부분이긴한데 딱 한분만 빼고 돌아가
면서 아픈거보면 기괴할정도의 연습량이랑 아주 연관이 없지는 않겠지 탈두글
자 못하겠으면 지 체력관절연글 무나라도 해주던가 🤦

**spin spin**

애들 돌아가면서 부상입는것도 새벽에 쉬어야할시간에 못쉬
고 그새끼 안무 맞춰주느라 새벽좆뺑이쳐서 그런거아냐 ㅎㅊ
책임지고 탈퇴해 ㅅㅂ

애들 돌아가면서 부상입는것도 새벽에 쉬어야한시간엔 못쉬고 그새끼 안무 맞춰_

출처 : spin-spin.com

갑 제16호증

💬   ↺ 3   ♡ 36   ⊪ 2천   🔖 ⬆

개인정보유출준의 제출자:범물벽월(유한)신원 제출일시:2025.09.16.10:46 다운로

샌 @unplu99edboyss · 7월 9일
@unplu99edboyss 님에게 보내는 답글

투어스 한진 새로운 별명으로 잉어킹을 제안합니긔



💬   ↺ 6   ♡ 28   �📊 2.9천   🔖   ⬆️



샌 @unplu99edboyss · 7월 9일
제보 감사합니긔



spin-spin.com
ㅇㅈ가 캐해해준 잉어킹 별명으로 추천함 유튜브에 잉어킹 1분 상식 찾아서 봐봐 첫마디가 무쓸모 포켓ㅣ

갑 제17호증

💬 1   ↺   ♡ 32   📊 2천   🔖   ⬆️

개인정보율춤즈위 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운



@unplugged6oyss · 7월 18일

혹시 개 키우면 산책하다 똥 쌌을때 똥 치우는 주걱으로 쓰기ㄱㄱ 아니면 줘팸마 려운 직장상사 책상 서랍에 넣어두기 어떠심?

---

*&pin spin*

나 폐폐 포카만 ㅈㄴ 많아서 몇개는 물에 담구고, 도우인 화장 시키고, 낙서하고, 잘라서 혈육 슬라임에 넣어서 지지고 볶앗 거든? 아직 몇장 더 남앗는데 할거 추천좀!!

나 폐폐 포카만 ㅈㄴ 많아서 몇개는 물에 담구고, 도우인 화장 시키고, 낙서하고, 잘...

출처: spin-spin.com

  

♡ 30    |I| 2.5천

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로...

샌 @unplu99edboyss · 7월 11일

아니 플디에만 국한할게 아니라 아이들 통틀어서 처음이라꼬. 보니까 최초의 아이들이 1996년에 나왔다네 즉, 편자님은 30년만에 나온 아이들인거임 천년둘 만년둘은 들어봤어도 30년둘은 처음이지윤?

*Spin spin*

플디 역사상 제일 무능한 악성멤버 아닌가.. 플디 선배들 중에 메인보컬이어도 그분 수준으로 뚝딱이 없었고 메인댄서여도 그분 수준으로 노래 못하는 사람 없었음;; 얼굴은 개인취향이라고 쳤을때 비주얼멤이라고 불리는 사람들도 1인분은 했음... 소리지르는거 보면 큰소리 아예 못내는 사람도 아닌데 그 목청으로 노래라도 연습하지 어떻게 1...

플디 역사상 제일 무능한 악성멤버 아닌가... 플디 선배들 중에 메인보컬이어도 그분...

출처: spin-spin.com

○   ↺ 7   ♡ 43   ‖ 4.8천   🔖 ↑



개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드일



샌 @unplu99edboyss · 7월 11일

? -1인분이라니 최소치로만 따져도 -35인분하고 계시는데 쩐려치기 무엇? 그리고 그분이 훗날 1인분을 하게될 확률은 쩐자님이 제 발로 룰어스를 나간 후 전재산을 샌킹이에게 기부할 확률보다 적어

spin-spin.com
정말 현실적으로 그분이 팀에서 1인분 할 가능성 몇퍼센트라고 생각해? 진지하게.. 지금은 -1인분 | SpinSpin 리

갑 제20호증

22    2.7천

개인정보챗출주의.재출차범위법열(유합)신원 제출일시:2025.09.16.10:46 다운로드
쩐국어학당을 기다리며 부계정 커스텀 해봤긔



개인정보이용증의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로...



**쟌 @unplu99edboyss · 7월 29일**

한진을 그렇게 좋아하니 보여드릴게요. 이거 한진과 같은 국적을 가진 사람들의 사진이 맞죠?



 **kk29** @kk0185597793922 · 7월 29일

这么喜欢泡菜那就多给你看看，这些可都是你们韩国公司出的吧 x.com/unplu99edboyss...

DeepL로 번역 🔵

 갑  제22호증

　　 1　　♡ 53　　📊 7.3천　　 

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로

샘 @unplu99edboyss · 8월 3일

재밌게 들으셨다면 투어스 한진 폐급이라고 소문 좀 내주세요 🙇‍♀️



출처: spin-spin.com

개인정보유출주의 제출자:범무법인(율한)신원 제출일시:2025.09.16.10:46 다운로드

센 @umptu99ettobyss · 8울 4울

정확히 말하면 '못함'의 기준도 아니고 '폐급'의 기준이 한진인거긔 🫠



spin-spin.com
서바에서 못함의 기준이 ㅌㅇㅅ ㅎㅈ이라니 싸비ㅋㅋㅋ
ㅋㅋㅋㅋ | SpinSpin 리쿼박스

갑 제24호증

♡ 30    3.1천

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로

샘 @unplu99edboyss · 8월 5일

심지어 진진님은 3세용 퍼플도 못푸는 2세 지능보유자인데 중국어 전공하고 중국에서 거주하는 사람들이 더 잘할 수도 있는거 아닌가?🤔 타일러가 2세한국인 남아보다 한국어를 더 잘하듯이



spin spin

한국인이 중국말 잘배우면 중국인보다 잘할 수도 있는데 먼소리지? 미국인 타일러가 한국인인 나보다 한국말 잘해 ㅠㅠ

한국인이 중국말 잘배우면 중국인보다 잘할 수도있는데 먼소리지? 미국인 타일러...

출처: spin-spin.com

💬 3        🔁        ♡ 21        📊 2.7천        🔖        ⬆️

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로



샌 @unplu99edboyss · 8월 13일

최종 목표는 '투어스 한진의 수납 및 탈퇴' 입니다.

**Spin spin**

이런 계정 굴리는 이유가 뭐예여? 탈퇴했음 좋겠어서? 아님 패고싶어서? 진짜 ㅌㅇㅅ팬 아니고 그냥 ㄹㅇ순수 궁금증에 물어봐요

이런 계정 굴리는 이유가 뭐예여? 탈퇴했음 좋겠어서? 아님 패고싶어서? 진짜 ㅌ_

출저: spin-spin.com

갑 제26호증

1    60    3.4천

개인정보 출증인 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로...

샌 @unplu99edboys

#RT 이벤트‼️

걸어다니는 뱅크 제조기 파오차이 한진 수호한답시고 아무 죄 없는 물어스 다섯
명 피떡 만들던 샌(@unplu99edboys)님이 가셨습니다 🍵 기분이 좋은 관계로
알티 추첨 한 분께 망구라떼를 드리려고 합니다 🧊 당발은 광복절 당일 오후에
🍀



💬 1        🔁 462        🤍 192        📊 7.1만        🔖    ⬆️

개인정보 보호를 출하의 채출자인 법무 합환(주한)신원 제출일시:2025.09.16.10:46 다운로5

? : 한진 너 토익 공부나 해라

쩐 : 토익 러시아 말이죠? 영어야? 아 짜!!!!!!!!!!!!!



마이크터진거 인용에 토익공부해라<< ㅈㄴ 쌰비웃김 근데 그 분 얼그레이티가 영어인줄 몰라서 토익공부로 취업하려면 그 전에 우리나라 통일된다네요

마이크터진거 인용... 토익공부해... ㅈㄴ 쌰비웅김 근데 그분 얼그레이터가 영...

출처: spin-spin.com

↻ 7      ♡ 77      📊 7.2천



개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로

샌 @unplu99edboyss · 8월 22일

응 안 그래도 어떤 식으로 모금 받을지 깊생 해봤는데 모임 계좌 하나 개설하는 게 제일 좋을 것 같아서 그렇게 할 거 같아 추석 때 한복 안 입히면 무조건 보낼 거니까 걱정말고 기다리기만 하면 돼🤣



트럭 보낼때 계좌 열거지?늦덕 이거라도 하게 꼭 열어줘 : SpinSpin 리쿼박스

출처: spin-spin.com

🗨     ↻ 3     ♡ 75     �📊 4.5천     🔖 ⬆

개인정보유출주의 제출자:법무법인(유한)신원 제출일시:2025.09.16.10:46 다운로드

샌 @unplu99edboyss · 8월 22일

서울대생이 단기 기억상실증? 뭐 그런 거 걸려도 만3세 보다는 지능이 높겠죠
딱 그런 상황인거죠



*&pin spin*

어떻게 발가락 다쳐서 안무 제대로 못하는 ㅇㅈ랑 무릎 아파
서 못굽히는 ㅈㅎ 안무가 훨씬 더 나은 것 같지?

어떻게 발가락 다쳐서 안무 제대로 못하는 ㅇㅈ랑 무릎 아파서 못굽히는 ㅈㅎ 안무...

출처: spin-spin.com

갑 제30호증

🔁 1    ♡ 76    📊 6.4천