| | |
|---|---|
| 1 | Timothy B. Yoo - State Bar No. 254332 |
| | tyoo@birdmarella.com |
| 2 | Heejin H. Hwang - State Bar No. 349455 |
| | hhwang@birdmarella.com |
| 3 | BIRD, MARELLA, RHOW, |
| | LINCENBERG, DROOKS & NESSIM, LLP |
| 4 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California 90067-2561 |
| 5 | Telephone: (310) 201-2100 |
| | Facsimile: (310) 201-2110 |

Attorneys for Applicants HYBE Co., Ltd.,
PLEDIS Entertainment, and Han Zhen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re *Ex Parte* Application of HYBE Co., Ltd., PLEDIS Entertainment, and Han Zhen,<br><br>Applicants. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 FILED BY HYBE CO., LTD., PLEDIS ENTERTAINMENT, AND HAN ZHEN**<br><br>Filed Concurrently With:<br><br>(1) *Ex Parte* Application<br>(2) Declaration of Sun Jin Lee;<br>(2) Declaration of Jin-Wook Kim;<br>(3) Proposed Subpoenas |

4090291.1

[PROPOSED] ORDER

**[PROPOSED] ORDER**

This matter comes before the Court on the *Ex Parte* Application filed by HYBE Co., Ltd., PLEDIS Entertainment, and Han Zhen ("Applicants") for an Order Pursuant to 28 U.S.C. § 1782, authorizing limited discovery for use in civil litigation in the Republic of Korea ("Application").

The Court, having fully considered the Application, and good cause appearing, hereby GRANTS the Application.

IT IS HEREBY ORDERED that:

1. The Applicants are authorized to issue and serve the proposed subpoenas attached to the Application on X Corp. and Google LLC, respectively.

2. The Applicants' counsel must serve a copy of this Order and all papers upon which the Application was based together with the subpoenas.

3. X Corp. and Google LLC shall respond to the respective subpoenas and produce information relevant to the subpoenas within (30) days of the service of subpoenas and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California.

4. The Court hereby retains jurisdiction over this matter.

**IT IS SO ORDERED.**

DATED:

_____