Timothy B. Yoo - State Bar No. 254332
    tyoo@birdmarella.com
Heejin H. Hwang - State Bar No. 349455
    hhwang@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Applicants HYBE Co. Ltd.,
PLEDIS Entertainment, and Han Zhen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In Re *Ex Parte* Application of HYBE Co., Ltd., PLEDIS Entertainment, and Han Zhen, <br><br>Applicants. | CASE NO. <br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
|---|---|

Applicant HYBE Co., Ltd. ("HYBE"), is a public corporation incorporated under the laws of the Republic of Korea and listed in the Korea Composite Stock Price Index (KRX: 352820).

Applicant PLEDIS Entertainment is a private corporation incorporated under the laws of the Republic of Korea and is a subsidiary of HYBE.

Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be affected by the outcome of this proceeding.

DATED: October 15, 2025

Timothy B. Yoo
Heejin H. Hwang
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____/s/ Timothy B. Yoo_____
Timothy B. Yoo
Attorneys for HYBE Co. Ltd., PLEDIS Entertainment, and Han Zhen